IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL, individually and                        PLAINTIFF
on behalf of all others similarly situated

v.                      Case No. 1:09-CV-00057-JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                             DEFENDANTS

INDEX OF EXHIBITS TO
DEFENDANTS' MOTION TO DENY CLASS CERTIFICATION
AND ELIMINATE PLAINTIFF'S CLASS ACTION ALLEGATIONS

| Exhibit No. | Description |
|---|---|
| 1 | Authenticated Copy of December 21, 2009 *Runyan* Final Order & Judgment |
| 2 | Authenticated Copy of December 21, 2009 *Runyan* Findings of Fact & Conclusions of Law |
| 3 | Declaration of Stephen B. Gwin, dated April 13, 2010 |
| 4 | Wall Street Journal Article dated November 29, 2007 |
| 5 | Declaration of Markham R. Leventhal, dated April 13, 2010 |
| 5-A | Certified Copy of *Runyan* Class Action Complaint |
| 5-B | Certified Copies of *Runyan* Defendants' Answers and Defenses |
| 5-C | Certified Copy of *Runyan* Joint Motion for Preliminary Approval of Proposed Class Action Settlement (with Settlement Agreement) |
| 5-D | Certified Copy of *Runyan* Defendants' Memorandum in Support of Joint Motion for Preliminary Approval of Proposed Class Action Settlement |
| 5-E | Certified Copy of *Runyan* Plaintiffs' Memorandum in Support of Preliminary Approval of Proposed Class Action Settlement |
| 5-F | Certified Copy of *Runyan* Preliminary Approval Order |
| 5-G | Certified Copy of December 8, 2009 *Runyan* Order on Various Motions |
| 5-H | *Runyan* Court Letter Ruling of December 8, 2009 |

2

| Exhibit No. | Description |
| --- | --- |
| 5-I | Certified Copy of February 4, 2010 *Runyan* Order |
| 5-J | Certified Copy of *Runyan* Docket as of March 9, 2010 |
| 6 | Affidavit of Robert Oseas, dated November 4, 2009 |
| 6-A | Notice of Proposed Class Action Settlement |
| 6-B | Affidavit of Publication |
| 6-C | Verification of Publication |
| 6-D | Report of Objections |
| 6-E | Notice of Intent to Appear Report |
| 7 | Order Substituting Counsel; Supplemental Consolidated Preliminary Objections to Proposed Class Action Settlement and Notice of Intent to Appear; and Crager's Motion to Stay Proceedings and/or Continue Fairness Hearing and to Set Aside Preliminary Approval Order |