# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL, individually and     PLAINTIFF
on behalf of all others similarly situated

v.     Case No. 1:09-CV-00057-JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.     DEFENDANTS

## DECLARATION OF MARKHAM R. LEVENTHAL

Pursuant to 28 U.S.C. § 1746, the undersigned, Markham R. Leventhal, states the following:

1. I am over the age of eighteen and competent to make this declaration. The statements made in this declaration are based on my personal knowledge.

2. I am an attorney licensed to practice law and a member of the bar in the states of Florida, New York, New Jersey, Mississippi, and the District of Columbia. I am a partner in the law firm of Jorden Burt LLP.

3. I was counsel of record to Transamerica Life Insurance Company ("Transamerica") and Life Investors Insurance Company of America ("Life Investors"),[1] in *Runyan v. Transamerica Life Ins. Co.*, Case No. 09-2006-3, pending in the Arkansas Circuit Court of Pulaski County (the "*Runyan* action"). I also represented Life Investors and/or Transamerica in connection with the following actions:

---

[1] Effective October 2, 2008, Life Investors merged into Transamerica.

(a) *Pipes v. Life Investors Insurance Company of America*, Case No. 1:07-cv-00035, in the United States District Court for the Eastern District of Arkansas;

(b) *Runyan v. Transamerica Life Insurance Company*, Case No. 6:08-cv-6034, in the United States District Court for the Western District of Arkansas;

(c) *Ross v. Life Investors Insurance Company of America*, Case No. 4:08-cv-00064, in the United States District Court for the Southern District of Mississippi;

(d) *Weidman v. Life Investors Insurance Company of America*, Case No. 2:08-cv-12870, in the United States District Court for the Eastern District of Michigan;

(e) *Harris v. Transamerica Life Insurance Company*, Case No. 572027, in the Nineteenth District Court of the State of Louisiana, East Baton Rouge Parish, removed as Case No. 09-13-JVP-SCR, in the United States District Court for the Middle District of Louisiana; and

(f) *Nolan v. Life Investors Insurance Company of America*, Case No. 3:08-cv-00839, in the United States District Court for the Middle District of Louisiana.

These six actions are hereinafter referred to collectively as the "Related Actions."

4. The Related Actions involved claims relating to supplemental cancer insurance policies issued or administered by Life Investors and/or Transamerica. The plaintiffs in the Related Actions were represented by the same counsel.

5. The parties to the Related Actions first met through their counsel to discuss the issue of settlement on October 6, 2008.

6. The parties to the Related Actions engaged in a confidential two-day mediation on November 20 and 21, 2008 to discuss the possibility of a class action settlement. The mediation was conducted by former U.S. District Court Judge Nicholas H. Politan pursuant to a Mediation Agreement provided by Judge Politan. The mediation did not result in a settlement but the parties continued to negotiate.

7. On or about March 3, 2009, the parties to the Related Actions reached an understanding regarding the parameters of a class action settlement subject to the preparation of a complete, comprehensive class action settlement agreement, and subject to notice to the settlement class and court approval of the settlement.

8. On March 13, 2009, plaintiffs in the Related Actions filed a Class Action Complaint in the *Runyan* action. A certified copy of the Class Action Complaint filed in *Runyan* is attached hereto as Exhibit A. The Class Action Complaint in *Runyan* consolidates the claims of all plaintiffs in the Related Actions. On April 3, 2009, the defendants filed their Answers and Defenses to the Class Action Complaint in the *Runyan* action. Certified copies of the defendants' Answers and Defenses in *Runyan* are attached hereto as consolidated Exhibit B.

9. A Class Action Settlement Agreement (the "Settlement" or "Settlement Agreement") was finalized between Transamerica and the plaintiffs in the *Runyan* action on or about April 17, 2009 and was executed by the respective parties over the next few days. On April 20, 2009, the Settlement Agreement was filed with the Court in the *Runyan* action along with a Joint Motion for Preliminary Approval of Proposed Class Action Settlement. A certified

copy of the Joint Motion for Preliminary Approval of Proposed Class Action Settlement, along with the Settlement Agreement, is attached hereto as Exhibit C.

10. A certified copy of Defendants' Memorandum in Support of Preliminary Approval of Class Action Settlement, as filed in the *Runyan* action on April 21, 2009, is attached hereto as Exhibit D.

11. A certified copy of Plaintiffs' Memorandum in Support of Preliminary Approval of Class Action Settlement, as filed in the *Runyan* action on April 21, 2009, is attached hereto as Exhibit E.

12. The Circuit Court in *Runyan* granted preliminary approval to the Class Action Settlement on April 23, 2009. A certified copy of the *Runyan* Court's Order Granting Preliminary Approval to Class Action Settlement and Directing Notice to Settlement Class ("Preliminary Approval Order") is attached hereto as Exhibit F.

13. The Class Action Settlement in *Runyan* resulted from months of arms' length negotiations between litigation adversaries; there was no collusion or reverse auction of any kind in these negotiations.

14. On December 8, 2009, the *Runyan* Court entered an Order denying various motions to intervene and other motions. A certified copy of the December 8, 2009 Order is attached hereto as Exhibit G.

15. On December 8, 2009 the *Runyan* Court issued a letter ruling stating, among other things, that the Court had decided to grant the parties' Joint Motion for Final Approval of Class Action Settlement. A true and correct copy of the December 8, 2009 letter ruling is attached hereto as Exhibit H. On December 21, 2009, the *Runyan* Court entered its Final Order and

Judgment ("Final Judgment"), granting final approval to the Class Action Settlement, and separately entered its Findings of Fact and Conclusions of Law.[2]

16. On February 4, 2010, the *Runyan* Court entered an Order denying the Motion for Rehearing filed by Daniel Crager and the Motion to Reconsider filed by William Shepherd. A certified copy of the February 4, 2010 Order is attached hereto as Exhibit I.

17. A certified copy of the docket from the *Runyan* action as of March 9, 2010 is attached hereto as Exhibit J.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2010.

_____
MARKHAM R. LEVENTHAL

---

[2] Pursuant to 28 U.S.C. § 1738, authenticated copies of the Final Judgment and Findings of Fact and Conclusions of Law are being filed in this action as Exhibits 1 and 2 to Defendants' Motion to Deny Class Certification and Eliminate Plaintiff's Class Action Allegations and Supporting Memorandum of Law.