# Exhibit I to
# Declaration of Markham R. Leventhal

Division:3 Year 2010
Page:393

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## THIRD DIVISION

EDISON RUNYAN; DWIGHT PIPES;
EARL L. PURIFOY; JOHN ROSS,
As The Legal Representative Of
ELIZABETH ROSS; MARY WEIDMAN;
DURAIN WEIDMAN; MARION HARRIS;
and VAN R. NOLAN, Each Individually,
And On Behalf Of All Others Similarly Situated                             PLAINTIFFS

FILED 02/04/2010 14:16:04
Pat O'Brien Pulaski County Clerk
011

V.                    CASE NO. CV-09-2066-3

TRANSAMERICA LIFE INSURANCE
COMPANY; LIFE INVESTORS INSURANCE
COMPANY OF AMERICA; MONUMENTAL
LIFE INSURANCE COMPANY; and
AEGON USA, INC.                                                             DEFENDANTS

## ORDER

THIS MATTER came before the Court pursuant to a Motion for Rehearing filed by Objector Daniel A. Crager, and a Motion to Reconsider filed by Settlement Class member William E. Shepherd. The Court having considered the materials submitted in support and in opposition to these motions and having held a hearing and listened to arguments on January 19, 2010 with respect to these motions, and being otherwise advised in the premises, it is hereby ordered that these motions are DENIED.

Both motions seek reconsideration of this Court's Final Order and Judgment ("Final Judgment") entered on December 21, 2009 granting final approval to the Class Action Settlement ("Settlement") in this matter. The Court's Final Judgment was entered after careful consideration over a lengthy period of time of volumes of briefing and evidentiary materials submitted in favor and against final approval of the Settlement. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law, the Court overruled the objections and

approved the Settlement as fair, reasonable, and adequate pursuant to Rule 23 of the Arkansas Rules of Civil Procedure. The Court finds the motions to be without merit, and nothing in the motions justifies reconsideration of the Court's approval of the Settlement or modification of the Final Judgment.

Both motions attach and rely upon an interlocutory order that was entered in another action encaptioned *Gooch v. Life Investors Insurance Company of America, et al,*, Case No. 1:07-0016 (M.D. Tenn.).[1] The order in *Gooch* was entered several hours after this Court had entered its Final Judgment on December 21, 2009. To the extent that counsel for Crager and Shepherd argue that this order constitutes newly discovered evidence, the motions are procedurally improper because they are not supported by affidavits as mandated by Rule 59(c), and the motions are denied on this basis alone. Further, neither Crager nor Shepherd successfully intervened in this case; they are not parties; and they have no standing to seek reconsideration of this Court's Final Judgment. Even if they did have such standing, the interlocutory *Gooch* order does not satisfy the definition of newly discovered evidence because it was entered after the Final Judgment of this Court. In any event, the interlocutory order in *Gooch* provides no reason for this Court to revisit or reconsider its Final Judgment.

The motions by Crager and Shepherd present no new arguments. The issues surrounding the proceedings in *Gooch* were fully argued and considered by this Court prior to entry of the Final Judgment. The Court finds that movants have failed to carry their burden,

---

[1] This Court has been aware of the parallel proceeding in *Gooch* since April 2009 when the parties filed a joint motion for preliminary approval of the Settlement in this action. Several of the lawyers representing Mr. Gooch have entered appearances in this action on behalf of William Shepherd. The district court in *Gooch* enjoined the Settlement in this case; but that injunction was subsequently stayed and later reversed by the U.S. Court of Appeals for the Sixth Circuit. *See Gooch v. Life Investors Ins. Co. of Am.*, 2009 WL 4843574 (6th Cir. Dec. 17, 2009).

Division:3 Year 2010
Page:395

have failed to meet the legal standard under Rule 59 for reconsideration or rehearing, and their arguments are otherwise without merit. The Court finds no reason to alter, amend, or rehear its prior rulings or the Final Order and Judgment entered December 21, 2009.

For the reasons discussed above, the Motion to Reconsider filed by William Shepherd is DENIED, and the Motion for Rehearing filed by Daniel Crager is DENIED.

IT IS SO ORDERED this \_\_4\_\_ day of ~~January~~ FEB, 2010.

_____
CIRCUIT COURT JUDGE JAMES "JAY" MOODY

STATE OF ARKANSAS } ss
COUNTY OF PULASKI }
I, Pat O'Brien, County Clerk of the aforesaid County, do
hereby certify that the foregoing instrument is a true and
correct copy of the original ORDER
_____ this office on the 4 day of FEB, 20 10.
TESTIMONY WHEREOF, I have hereunto set my hand and
affixed the seal of this office this 9 day of MAR,
20 10.

PAT O'BRIEN, Pulaski County Circuit County Clerk
BY_____
      Deputy Clerk

