UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED           PLAINTIFF

VS.           CASE NO.: 1:09-cv-0057 JLH

EQUITY NATIONAL LIFE INSURANCE COMPANY
merged into LIFE INVESTORS INSURANCE COMPANY
OF AMERICA n/k/a/ TRANSAMERICA LIFE INSURANCE
COMPANY; LIFE INVESTORS INSURANCE COMPANY
OF AMERICA n/k/a TRANSAMERICA LIFE INSURANCE
COMPANY and AEGON USA, INC., parent company of LIFE
INVESTORS INSURANCE COMPANY OF AMERICA n/k/a
TRANSAMERICA LIFE INSURANCE COMPANY           DEFENDANTS

## JOINT MOTION FOR ADDITIONAL TIME TO RESPOND AND TO REPLY

Plaintiff, Robert W. Hall, by his attorneys, Matthews, Sanders & Sayes, and Defendants, Transamerica Life Insurance Company ("Transamerica") and AEGON USA, Inc. now known as AEGON USA, LLC ("AEGON USA"), by their attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., for their Joint Motion for Additional Time to Respond and to Reply, state:

1.   Plaintiff commenced this action by filing his Class Action Complaint on or about November 3, 2009.

2.   On April 13, 2010, Transamerica and AEGON USA filed a Motion to Deny Class Certification and Eliminate Plaintiff's Class Action Allegations (Doc. 24) ("Motion").

3.   Given his counsel's present litigation schedule and the complexity of the issues raised by the Motion, Plaintiff requires additional time in which to respond to the Motion.

4.   The time for responding to the Motion has not passed.

5.  Given their counsels' present litigation schedules and the complexity of the issues expected to be raised by the Response to the Motion, Defendants require additional time in which to reply to Plaintiff's Response.

WHEREFORE, for good cause shown, Plaintiff and Defendants pray that (1) Plaintiff be given until May 10, 2010 in which to file a Response to the Motion, (2) Defendants be given until May 26, 2010 in which to file a Reply to the Plaintiff's Response, and (3) for all other just and proper relief to which they may be entitled.

        Respectfully submitted,

        */s/ John K. Baker (with permission)*
        Ark. Bar No. 97024
        **MITCHELL, WILLIAMS, SELIG,**
        **GATES & WOODYARD, P.L.L.C.**
        425 West Capitol Avenue, Suite 1800
        Little Rock, Arkansas  72201
        (501) 688-8800
        (501) 688-8807 - facsimile
        jbaker@mwlaw.com

        *Attorneys for Transamerica Life Insurance Company and AEGON USA, Inc. n/k/a AEGON USA, LLC*

        AND

        Matthews, Sanders & Sayes
        Attorneys for the Plaintiff

        By:    /s/ Doralee Chandler
            Doralee Chandler #98179
            Gail O. Matthews #60025
            825 West Third Street
            Little Rock, Arkansas
            (501) 378-0717
            dchandler@msslawfirm.com