**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ROBERT W. HALL, individually and                                    PLAINTIFF
on behalf of all others similarly situated

v.                              No. 1:09CV00057 JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY merged into LIFE INVESTORS INSURANCE
COMPANY OF AMERICA n/k/a TRANSAMERICA LIFE
INSURANCE COMPANY; LIFE INVESTORS
INSURANCE COMPANY OF AMERICA a/k/a
TRANSAMERICA LIFE INSURANCE COMPANY; and
AEGON USA, INC.                                                     DEFENDANTS

**ORDER**

Plaintiff's motion for extension of time is GRANTED.  Document #29.  The time within

which the plaintiff must respond to the defendants' motion to deny class certification and

eliminate plaintiff's class action allegations is extended up to and including May 27, 2010.  The

defendants' reply will be due on or before June 10, 2010.

IT IS SO ORDERED this 6th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE