## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ROBERT W. HALL, individually
and on behalf of all others
similarly situated

     Plaintiff,

vs.                            CIVIL ACTION NO.: 1:09-CV-0057 JLH

EQUITY NATIONAL LIFE INSURANCE COMPANY
merged into LIFE INVESTORS INSURANCE
COMPANY OF AMERICA n/k/a TRANSAMERICA
LIFE INSURANCE COMPANY; LIFE INVESTORS
INSURANCE COMPANY OF AMERICA n/k/a
TRANSAMERICA LIFE INSURANCE COMPANY and
AEGON USA, INC., parent company of LIFE INVESTORS
INSURANCE COMPANY OF AMERICA n/k/a
TRANSAMERICA LIFE INSURANCE COMPANY

     Defendants.

_____/

## MOTION FOR LEAVE TO FILE REPLY OUT OF TIME

     Transamerica Life Insurance Company ("Transamerica") and AEGON USA, Inc. now

known as AEGON USA, LLC ("AEGON USA"), for their Motion for Leave to File Reply Out

of Time, state:

     1.     By Order dated May 6, 2010 (Doc. 33), Transamerica and AEGON USA were

granted until June 10, 2010 in which to file a reply in support of their motion to deny class

certification and eliminate plaintiff's class action allegations

     2.     Due to logistical complications encountered on the evening of June 10,

Transamerica and AEGON USA's were unable to be file their reply prior to the day's end, but

instead it was filed eleven minutes after midnight on June 11.

     WHEREFORE, Transamerica and AEGON USA pray that, because no prejudice flows

from their eleven minute delinquency, the Court accepts their Reply out of time and for all other

just and proper relief to which they may be entitled.

John K. Baker, Ark. Bar No. 97024
**MITCHELL, WILLIAMS, SELIG,**
**GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas  72201
Telephone:  501-688-8800
Email:  jbaker@mwlaw.com

And

By:_____*/s/ Markham R. Leventhal*_____
Markham R. Leventhal
Farrokh Jhabvala
**JORDEN BURT LLP**
777 Brickell Avenue, Suite 500
Miami, Florida 33131
Telephone:  305-371-2600
Email:  ml@jordenusa.com

*Attorneys for Transamerica Life Insurance*
*Company and AEGON USA, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically upon the following by the Court's ECF system on this 11th day of June, 2010:

Gail O. Matthews
Doralee I. Chandler
MATTHEWS, SANDERS & SAYES
825 West Third Street
Little Rock, AR  72201

Frank H. Tomlinson, Esq.
15 North 21st Street, Suite 302
Birmingham, AL  35203

*/s/ Markham R. Leventhal*_____

2