**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ROBERT W. HALL, individually and                                          PLAINTIFF
on behalf of all others similarly situated

v.                                    Case No. 1:09CV00057 JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, *et al.*                                                        DEFENDANTS

## <u>ORDER</u>

     Robert W. Hall's motion for reconsideration is DENIED.  Document #46.

     IT IS SO ORDERED this 3rd day of August, 2010.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE