IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL, individually and                                            PLAINTIFF
on behalf of all others similarly situated

v.                         Case No. 1:09-CV-00057-JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                              DEFENDANTS

**TRANSAMERICA LIFE INSURANCE COMPANY'S
MOTION TO COMPEL RESPONSES TO INTERROGATORIES
AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND
<u>INCORPORATED BRIEF IN SUPPORT</u>**

Defendant, Transamerica Life Insurance Company ("Transamerica"), by its attorneys, for its Motion to Compel Responses to Interrogatories and Requests for Production of Documents and Incorporated Brief in Support, states:

1.  Rule 33(b)(2) of the Federal Rules of Civil Procedure requires a responding party to serve its answers and any objections within 30 days after being served with interrogatories. Similarly, Rule 34(b)(2) of the Federal Rules of Civil Procedure requires a responding party to serve its responses and any objections within 30 days after being served with requests for production.

2.  On June 30, 2010, Transamerica propounded its First Set of Requests for Production of Documents and First Set of Interrogatories to Plaintiff Robert W. Hall. *See* First Set of Requests and First Set of Interrogatories, attached hereto as Exhibits "A" and "B."

3.  On August 6, 2010, after the 30 day response time expired, counsel for Plaintiff directed an email to counsel for Transamerica inquiring whether Transamerica would permit

Plaintiff "another 30 days" in which to respond to Transamerica's interrogatories and requests. Transamerica agreed to the request. *See* Emails, attached hereto as Exhibit "C."

4. Two months later, on October 5, 2010, after Plaintiff still had not provided any responses to Transamerica's written discovery, counsel for Transamerica contacted counsel for Plaintiff regarding the delinquency. *See* Exhibit "C." Counsel for Plaintiff responded on October 5, 2010, "Give me a week and I should have something for you." *Id*.

5. To date, Plaintiff has not provided any responses to Transamerica's First Set of Requests for Production of Documents or First Set of Interrogatories.

6. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Transamerica respectfully requests that the Court enter an order compelling Plaintiff to fully respond to Transamerica's discovery requests, and barring Plaintiff from asserting any objections to said requests at this late date. *See* Fed. R. Civ. P. 33(b)(4); 34(b)(2); *see also Lloyd v. Del-Jen, Inc./Fluor Co.,* No. 4:06-CV-01546-GTE, 2007 WL 2156405, *7 (E.D. Ark. July 25, 2007) (granting motion to compel discovery responses and explaining well-settled law that a failure to timely object to discovery requests waives objections).

7. The attached Exhibit "C" demonstrates that Transamerica has complied with the requirements of Rule 37 and Local Rule 7.2, and Transamerica has attempted to obtain discovery responses without the intervention of the Court.

WHEREFORE, Transamerica respectfully requests that the Court enter an Order compelling Plaintiff to respond to discovery, requiring Plaintiff to pay Transamerica's fees and costs associated with preparing this motion or imposing another appropriate sanction, and providing such other relief that the Court finds just and proper.

*/s/ John K. Baker*
John K. Baker, Ark. Bar No. 97024
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas  72201
Telephone:  501-688-8800
Email:  *jbaker@mwlaw.com*

and

Markham R. Leventhal
**JORDEN BURT LLP**
777 Brickell Avenue, Suite 500
Miami, Florida 33131
Telephone:  305-371-2600
Email:  *ml@jordenusa.com*

*Attorneys for Transamerica Life Insurance Company and AEGON USA, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically upon the following by the Court's ECF system on this 19th day of October, 2010:

Gail O. Matthews
rsanders@msslawfirm.com

Doralee I. Chandler
dchandler@msslawfirm.com

Frank Tomlinson
htomlinson@bellsouth.net

*/s/ John K. Baker*