# Jeffrey Spillyards

| | |
|---|---|
| From: | Hilton Tomlinson [htomlinson@bellsouth.net] |
| Sent: | Tuesday, October 05, 2010 8:59 AM |
| To: | Jeffrey Spillyards |
| Subject: | Re: FW: Hall Interrogatories |

Jeff:

Give me a week and I should have something for you.

Thanks.

On 10/5/2010 8:57 AM, Jeffrey Spillyards wrote:
> Hilton,
>
> I am an attorney at Mitchell Williams, and am assisting John Baker with this matter while he has been in trial and out of the office.  I understand that on August 6, John provided you an additional 30 days to respond to discovery in this matter.  To date, we have not received responses.  Please let me know when we should receive responses.
>
> Thanks,
> Jeff Spillyards
>
>
> Jeffrey L. Spillyards
> MITCHELL, WILLIAMS, SELIG,
>    GATES&  WOODYARD, P.L.L.C.
> 425 West Capitol Avenue, Suite 1800
> Little Rock, Arkansas 72201
> Direct Dial: (501) 688-8891
> Fax: (501) 688-8807
>
>
> -----Original Message-----
> From: Hilton Tomlinson [mailto:htomlinson@bellsouth.net]
> Sent: Saturday, August 07, 2010 7:27 AM
> To: John Baker
> Cc: Doralee Chandler
> Subject: Re: Hall Interrogatories
>
> Yes.  Thanks
> On Aug 6, 2010, at 3:19 PM, John Baker wrote:
>
>> Yes.  I presume you also want that same extension for the RFPs.
>>
>> John Keeling Baker
>> MITCHELL WILLIAMS
>> 425 West Capitol Avenue, Suite 1800
>> Little Rock, Arkansas  72201
>> jbaker@mwlaw.com
>> http://www.mitchellwilliamslaw.com
>> (501) 688-8850 (direct dial)
>> (501) 918-7850 (fax)
>> (501) 940-8850 (cell)
>> (501) 663-8494 (home)

EXHIBIT C

1

```
>>
>>
>> -----Original Message-----
>> From: Hilton Tomlinson [mailto:htomlinson@bellsouth.net]
>> Sent: Friday, August 06, 2010 8:38 AM
>> To: John Baker
>> Cc: Doralee Chandler
>> Subject: Hall Interrogatories
>>
>> John:
>>
>> Can I have another 30 days in which to answer the interrogatories?  I
>> am working on the responses but will be out next week on vacation.
>>
>> --
>> _____
>> Hilton Tomlinson
>> Attorney at Law
>> 15 North 21st Street
>> Suite 302
>> Birmingham, AL 35203
>> Phone   (205) 326-6626
>> Fax   (205) 328-2889
>> htomlinson@bellsouth.net
>>
>> NOTICE: This e-mail message and all attachments transmitted with it may contain legally
privileged and confidential information intended solely for the use of the addressee. If the
reader of this message is not the intended recipient, you are hereby notified that any
reading, dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited.  If you have received this message in error, please
notify the sender immediately by telephone (205) 326-6626 or by electronic mail, and delete
this message and all copies and backups thereof. Thank you.
>>
>>
>> _____
>> IRS Circular 230 Disclosure: Any federal tax advice contained in this communication,
including attachments and enclosures, is not intended or written to be used, and cannot be
used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or
promoting, marketing or recommending to another party any tax-related matters addressed
herein.
>>
>> Confidentiality Notice: This electronic mail transmission and any attachment may
constitute an attorney-client communication that is privileged at law. It is not intended for
transmission to, or receipt by, any unauthorized persons. If you have received this
electronic mail transmission in error, please delete it from your system without copying it,
and notify the sender by reply e-mail or by calling (501) 688-8800 Little Rock, AR (479) 464-
5650 Rogers, AR (512) 480-5100 Austin, TX or (212) 292-4884 New York, NY, so that our address
record can be corrected.
>> _____
>> <John Baker.vcf>
>> _____
>> Hilton Tomlinson
>> Attorney at Law
>> 15 North 21st Street
>> Suite 302
>> Birmingham, AL 35203
>> Phone   (205) 326-6626
```

```
>> Fax   (205) 328-2889
>> htomlinson@bellsouth.net
>>
>> NOTICE: This e-mail message and all attachments transmitted with it may contain legally
privileged and confidential information intended solely for the use of the addressee. If the
reader of this message is not the intended recipient, you are hereby notified that any
reading, dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited.  If you have received this message in error, please
notify the sender immediately by telephone (205) 326-6626 or by electronic mail, and delete
this message and all copies and backups thereof. Thank you.
>
> _____
> IRS Circular 230 Disclosure: Any federal tax advice contained in this communication,
including attachments and enclosures, is not intended or written to be used, and cannot be
used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or
promoting, marketing or recommending to another party any tax-related matters addressed
herein.
>
> Confidentiality Notice: This electronic mail transmission and any attachment may constitute
an attorney-client communication that is privileged at law. It is not intended for
transmission to, or receipt by, any unauthorized persons. If you have received this
electronic mail transmission in error, please delete it from your system without copying it,
and notify the sender by reply e-mail or by calling (501) 688-8800 Little Rock, AR (479) 464-
5650 Rogers, AR (512) 480-5100 Austin, TX or (212) 292-4884 New York, NY, so that our address
record can be corrected.
> _____
>

--
_____
Hilton Tomlinson
Attorney at Law
15 North 21st Street
Suite 302
Birmingham, AL 35203
Phone   (205) 326-6626
Fax   (205) 328-2889
htomlinson@bellsouth.net

NOTICE: This e-mail message and all attachments transmitted with it may contain legally
privileged and confidential information intended solely for the use of the addressee. If the
reader of this message is not the intended recipient, you are hereby notified that any
reading, dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited.  If you have received this message in error, please
notify the sender immediately by telephone (205) 326-6626 or by electronic mail, and delete
this message and all copies and backups thereof. Thank you.
```