## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ROBERT W. HALL, individually and          PLAINTIFF
on behalf of all others similarly situated

v.        Case No. 1:09CV00057 JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, *et al.*          DEFENDANTS

### ORDER

On October 19, 2010, Transamerica Life Insurance Company filed a motion to compel responses to interrogatories and requests for production of documents that were served June 30, 2010. According to the motion, no responses have been filed to the interrogatories and requests for production of documents. The plaintiff has not responded to the motion to compel. Without objection, the motion to compel is granted. Document #57. Responses to the interrogatories and requests for production of documents must be served on or before November 18, 2010.

IT IS SO ORDERED this 8th day of November, 2010.

                 */s/ J. Leon Holmes*
                 J. LEON HOLMES
                 UNITED STATES DISTRICT JUDGE