UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED                    PLAINTIFF

VS.                    CASE NO.: 1:09-cv-0057 JLH

EQUITY NATIONAL LIFE INSURANCE COMPANY
merged into LIFE INVESTORS INSURANCE COMPANY
OF AMERICA n/k/a/ TRANSAMERICA LIFE INSURANCE
COMPANY; LIFE INVESTORS INSURANCE COMPANY
OF AMERICA n/k/a TRANSAMERICA LIFE INSURANCE
COMPANY and AEGON USA, INC., parent company of LIFE
INVESTORS INSURANCE COMPANY OF AMERICA n/k/a
TRANSAMERICA LIFE INSURANCE COMPANY                        DEFENDANTS

## ORDER

On motion of Plaintiff Robert W. Hall, Individually and on Behalf of All Others Similarly Situated and good cause being shown, it is hereby ordered that N. Albert Bacharach, Jr .is admitted Pro Hac Vice for the sole purpose of being one of the attorneys representing the Plaintiffs in this matter.

IT IS SO ORDERED.

_____
J. Leon Holmes
UNITED STATES DISTRICT COURT JUDGE

December 14, 2010
DATE

Prepared and Presented By:
Doralee Chandler
Matthews, Sanders & Sayes
825 West Third Street
Little Rock, Arkansas 72201