
## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ROBERT W. HALL                                                                                     PLAINTIFF

v.                                    Case No. 1:09-cv-00057 JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                                                    DEFENDANTS

### PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT AEGON USA, LLC'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiff, Robert W. Hall (hereinafter "Plaintiff"), and files the following exhibits in support of Plaintiff's Opposition to Defendant AEGON USA, LLC's Motion for Summary Judgment:

Exhibit "A" – Deposition of Connie Whitlock in the case of Gooch v. Life Investors, et al., No. 1:07-cv-00016, Middle District of Tennessee;

Exhibit "B" – Deposition of Jeanne de Cervens in the case of Gooch v. Life Investors, et al., No. 1:07-cv-00016, Middle District of Tennessee;

Exhibit "C" – AEGON NV 2005 Annual Report;

Exhibit "D" – Declaration of Mary Taiber filed January 10, 2006 in the matter entitled McCullough v. AEGON USA, Inc., et al., Case No. CV05-7215 (C.D. Cal.);

Exhibit "E" – AEGON NV 2004 Annual Report excerpts;

Exhibit "F" – Market Conduct Examination Report of the life and health business of Life Investors Insurance Company of America by the State of Maryland,

Maryland Insurance Administration dated December 29, 2006;

Exhibit "G" – Plaintiff Hall Claim Form and Instructions;

Exhibit "H" – Correspondence dated February 10, 2006 on Life Investors Insurance Company of America letterhead;

Exhibit "I" – Life Investors Insurance Company of America's Explanation of Benefits dated April 12, 2007 and July 9, 2007;

Exhibit "J" – Claims payments dated April 12, 2007 and July 9, 2007;

Composite Exhibit "K" – Claims documents for and correspondence with Anthony Gooch, plaintiff in the case of <u>Gooch v. Life Investors, et al.</u>, No. 1:07-cv-00016, Middle District of Tennessee;

Exhibit "L" – Federal Lobbyist Registration Forms signed by Jeanne de Cervens

Respectfully submitted this 16th day of December.

       /s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Plaintiffs
Florida Bar No.: 310123
626 N. E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of December, 2010, a true and correct copy of the above and foregoing instrument was duly served on the other parties herein by electronic correspondence to:

Mr. John K. Baker
Mitchell, Williams, Selig,
Gates & Woodyard, PLLC.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201


Mr. Markham R. Leventhal
Jorden Burt LLP
777 Brickell Ave., Suite 500
Miami, Florida 33131


    /s/ Paul S. Rothstein
    Paul S. Rothstein