IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL, individually and                                                    PLAINTIFF
on behalf of all others similarly situated

v.                              Case No. 1:09CV00057 JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, *et al.*                                                                   DEFENDANTS

## ORDER

The joint motion to extend summary judgment briefing deadlines pending the Court's ruling on subject matter jurisdiction is GRANTED. Document #93. The deadlines are hereby extended as follows:

> AEGON USA, LLC's reply in support of motion for summary judgment will be due 10 calendar days from the Court's ruling on the issue of subject matter jurisdiction.
>
> Plaintiff's response to Transamerica Life Insurance Company's motion for summary judgment will be due 10 calendar days from the Court's ruling on the issue of subject matter jurisdiction.
>
> Plaintiff's motion for partial summary judgment will be due 10 calendar days from the Court's ruling on the issue of subject matter jurisdiction.

IT IS SO ORDERED this 14th day of January, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE