IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL, individually and                                              PLAINTIFF
on behalf of all others similarly situated


v.                              Case No. 1:09-CV-00057-JLH


EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                                DEFENDANTS

**JOINT MOTION FOR
60 DAY CONTINUANCE OF TRIAL SETTING AND
STIPULATION TO CHANGE IN DIVISIONAL VENUE**

Plaintiff, by his attorneys, and Defendants, by their attorneys, for their Joint Motion for 60 Day Continuance of Trial Setting and Stipulation to Change in Divisional Venue, state:

1. AEGON USA, LLC filed in this matter a Motion for Summary Judgment [Doc. 59]. Plaintiff has filed his Response. Because of the Court's and the parties' recent evaluation of subject matter jurisdiction, AEGON USA, LLC's deadline to file its Reply in Support of Motion for Summary Judgment was extended by the Court until Monday, February 7, 2011 per the Court's Order of January 14, 2011 [Doc. 94].

2. Transamerica Life Insurance Company ("Transamerica") also has filed in this matter a Motion for Summary Judgment [Doc. 76]. Because of the Court's and the parties' recent evaluation of subject matter jurisdiction, Plaintiff's deadline to file his Response to this Motion was extended by the Court until Monday, February 7, 2011 per the Court's Order of January 14, 2011 [Doc. 94]. Pursuant to Rule 56(c), Transamerica's Reply in Support of its Motion for Summary Judgment will be due on February 22, 2011.

3. Per the Court's Order of January 14, 2011 [Doc. 94], Plaintiff has been granted until February 7, 2011 to file his motion for partial summary judgment. Pursuant to Rule 56(c), Defendants and Plaintiff will have until mid-March to complete briefing with respect to any such motion.

4. Trial is presently set to begin in this matter during the week of February 28, 2011.

5. Because briefing on the above motions is not due to be completed until after the February 28, 2011 trial setting and so as to ensure that the Court has ample time to fully study and act on all of the parties' motions for summary judgment, the parties respectfully request that their trial setting be continued for 60 days and that all pretrial deadlines from the Court's Amended Final Scheduling Order [Doc. 51] (none of which has expired) be calibrated to the new trial date in the same number of days from the trial date as they were in said Order.

6. Due to unforeseen delays encountered by counsel for the parties, the parties also pray that that the above summary judgment briefing deadlines (none of which has expired) be extended as follows:

> AEGON USA, LLC's Reply in Support of Motion for Summary Judgment due on Tuesday, February 15, 2011.
>
> Plaintiff's Response to Transamerica Life Insurance Company's Motion for Summary Judgment due on February 15, 2011.
>
> Plaintiff's Motion for Partial Summary Judgment due on February 15, 2011, Defendants' Response to said Motion due on March 11, 2011, and Plaintiff's Reply in support of said Motion due on March 18, 2011.

7. Pursuant to 28 U.S.C. § 1404, the parties stipulate and request that this action be transferred to the Western Division within this district.

WHEREFORE, for the reasons stated herein and for good cause shown, the parties request that their February 28, 2011 trial setting be continued for 60 days, that all pretrial

deadlines from the Court's Amended Final Scheduling Order [Doc. 51] (none of which has expired) be calibrated to the new trial date in the same number of days from the trial date as they were in said Order, that the above delineated briefing deadlines be established, and for all other just and proper relief to which they may be entitled.

*/s/ Doralee Chandler* (with permission)
Doralee I. Chandler
MATTHEWS, SANDERS & SAYES
825 W. Third St.
Little Rock, AR 72201
(501) 378-0717
 dchandler@msslawfirm.com

- AND –

Frank H. Tomlinson
Attorney at Law,
15 North 21st Street, Suite 302
Birmingham, AL 35203
(205) 326-6626
htomlinson@bellsouth.net

*Attorneys for Robert W. Hall*

*/s/ John K. Baker*
John K. Baker
**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
(501) 688-8800
jbaker@mwlaw.com

- AND –

Markham R. Leventhal
Farrokh Jhabvala
**JORDEN BURT LLP**
777 Brickell Avenue, Suite 500
Miami, FL 33131
(305) 371-2600
ml@jordenusa.com
fj@jordenusa.com

*Attorneys for AEGON USA, LLC
and Transamerica Life Insurance Company*