# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ROBERT W. HALL, individually and             PLAINTIFF
on behalf of all others similarly situated

v.             Case No. 1:09CV00057 JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, *et al.*             DEFENDANTS

## **ORDER**

The joint motion for 60 day continuance of trial setting and stipulation to change in divisional venue is GRANTED. Documents #100 and #101. The trial of this matter previously set for February 28, 2011, is removed from the Court's docket. A new trial date and scheduling deadlines will be entered separately. The summary judgment briefing deadlines are extended as follows:

AEGON USA, LLC's reply in support of motion for summary judgment will be due on February 15, 2011.

Plaintiff's response to Transamerica Life Insurance Company's motion for summary judgment will be due on February 15, 2011.

Plaintiff's motion for partial summary judgment will be due on February 15, 2011; defendants' response to said motion will be due on March 11, 2011; and plaintiff's reply in support of said motion will be due on March 18, 2011.

The Clerk is directed to transfer this case to the Western Division.

IT IS SO ORDERED this 7th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE