**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT W. HALL                                                                            PLAINTIFF

v.                    Case No. 4:11-cv-00086-JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                       DEFENDANTS

**PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, the Plaintiff Robert W. Hall ("Hall"), by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, and hereby moves this Court for an order granting partial summary judgment in his favor.  As grounds for this Motion, Hall relies upon all pleadings and matters of record, including the Statement of Undisputed Facts and supporting Memorandum of Law filed herewith, and states:

      1.      This is an action involving the underpayment of benefits on a supplemental cancer policy maintained with Defendants by Hall.

      2.      As set forth more fully in the supporting Memorandum of Law, which is incorporated into this Motion, Hall is entitled to summary judgment in its favor with respect to Count I and Count IV of the Complaint.

WHEREFORE, Hall respectfully requests that this Court enter an order granting summary judgment to Hall on Count I and Count IV of the Complaint, and any other relief that this Court deems just and proper.

Respectfully submitted this 15th day of February, 2011.

                                                                          /s/ Paul S. Rothstein
                                                                          Paul S. Rothstein

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of February, 2011, a true and correct copy of the above and foregoing instrument was duly served on the other parties herein by electronic correspondence to:

Mr. John K. Baker
Mitchell, Williams, Selig,
Gates & Woodyard, PLLC.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201

Mr. Markham R. Leventhal
Jorden Burt LLP
777 Brickell Ave., Suite 500
Miami, Florida 33131

                                                                                   /s/ Paul S. Rothstein
                                                                                 Paul S. Rothstein
                                                                                 Attorney for Plaintiffs
                                                                                 Florida Bar No.: 310123
                                                                                 626 N. E. First Street
                                                                                 Gainesville, Florida 32601
                                                                                 Phone: (352) 376-7650
                                                                                 Fax: (352) 374-7133