IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT W. HALL, individually and                                           PLAINTIFF
on behalf of all others similarly situated

v.                              No. 4:11-cv-00086-JLH

TRANSAMERICA LIFE INSURANCE
COMPANY and AEGON USA, INC.                                              DEFENDANTS

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE
REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.2(b), defendant Transamerica Life Insurance Company ("Transamerica") respectfully moves this Court for an enlargement of time through and including March 11, 2011, to file its reply in support of its Motion for Summary Judgment. In support of this motion, Transamerica states the following:

1. On December 21, 2010, Transamerica filed its Motion for Summary Judgment. Doc. #76.

2. On February 15, 2011, plaintiff responded to Transamerica's Motion for Summary Judgment by filing a combined "Cross Motion for Partial Summary Judgment" (Doc. #105) and "Memorandum in Support of Plaintiff's Cross-Motion for Partial Summary Judgment and Response in Opposition to Defendant Transamerica Life Insurance Company's Motion for Summary Judgment" (Doc. #106).

3. Pursuant to this Court's February 7, 2011 Order, Transamerica's response to plaintiff's Cross Motion for Partial Summary Judgment is due on March 11, 2011. Doc. #102.

4. Pursuant to Local Rule 7.2(b), Transamerica's reply brief is presently due on February 22, 2011, but because of the overlapping nature of the issues raised in the

aforementioned combined filing of plaintiff, Transamerica believes it more efficient for the Court and the litigants to file a consolidated response/reply brief to plaintiff's Cross-Motion for Partial Summary Judgment and Response in Opposition to Defendant Transamerica Life Insurance Company's Motion for Summary Judgment. The requested enlargement will benefit the Court by avoiding duplicative filings. Accordingly, Transamerica requests an enlargement of time through and including March 11, 2011 to file its reply brief.

5. Counsel for Transamerica certifies that this motion is brought in good faith, not for purposes of delay, and that no party will be prejudiced by the relief requested. The requested relief will have no impact on any other deadlines.

6. Transamerica's counsel has conferred with counsel for plaintiff, who does not object to the relief sought herein.

WHEREFORE, Transamerica respectfully moves the Court to grant an enlargement of the deadline to file its reply in support of its Motion for Summary Judgment through and including Friday, March 11, 2011.

Dated: February 17, 2011.

Respectfully submitted,

 /s/ John K. Baker  
John K. Baker, Esq. (Ark. Bar No. 97024)  
MITCHELL, WILLIAMS, SELIG,  
 GATES & WOODYARD, P.L.L.C.  
425 West Capitol Avenue, Suite 1800  
Little Rock, Arkansas  72201  
Telephone: (501) 688-8800  
Facsimile: (501) 918-7850  
jbaker@mwlaw.com  

Markham R. Leventhal, Esq. (FL Bar No. 616140)  
Farrokh Jhabvala, Esq. (*pro hac vice*)  
JORDEN BURT LLP  
777 Brickell Avenue, Suite 500  
Miami, Florida  33131  
Telephone: (305) 371-2600  
Facsimile: (305) 372-9928  
ml@jordenusa.com  
fj@jordenusa.com  

*Attorneys for Defendants Transamerica Life Insurance Company and AEGON USA, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gail O. Matthews, Esq.
Doralee I. Chandler, Esq.
MATTHEWS, SANDERS & SAYES
825 West Third Street
Little Rock, AR 72201

Frank H. Tomlinson, Esq.
Attorney at Law
15 North 21st Street, Suite 302
Birmingham, AL 35203

Paul S. Rothstein, Esq.
Attorney at Law
626 NE 1st Street
Gainesville, FL 32601

*Attorneys for Plaintiff*

The undersigned hereby certifies that a true and correct copy of the foregoing was served by First-Class U.S. mail upon the following on this 17th day of February, 2011:

N. Albert Bacharach, Jr., Esq.
Attorney at Law
115 NE 5th Avenue
Gainesville, FL 32601

/s/ John K. Baker