# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ROBERT W. HALL                                                                                          PLAINTIFF

v.                              Case No. 4:11-cv-00086-JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                                                      DEFENDANTS

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY
## IN OPPOSITION TO DEFENDANT AEGON USA, LLC'S MOTION
## FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff Robert W. Hall ("Hall"), by and through his undersigned counsel, pursuant to E.D. Arkansas Local Rule 7.2(b) and hereby moves this Court for leave to file a surreply in opposition to Defendant AEGON USA, LLC's motion for summary judgment. Hall requests that this Court grant him until February 21, 2011 to file a surreply. In support of this motion, Hall states:

1.      Defendant AEGON USA, LLC filed a motion for summary judgment on November 24, 2010 (Doc. 59). Hall filed a response in opposition to that motion on December 16, 2010 (Doc. 74), and AEGON USA, LLC filed its reply on February 11, 2011 (Doc. 104).

2.      Hall respectfully states that a short surreply is warranted in this case. Plaintiff's Surreply In Opposition to AEGON USA, LLC's Motion for Summary Judgment is attached hereto as Exhibit "A."

3.      Counsel for Hall has conferred with counsel for Defendant AEGON USA, LLC, and AEGON USA, LLC does not consent to this motion.

WHEREFORE, Hall respectfully requests that this Court enter an order granting him

leave to file the attached surreply in opposition to AEGON USA, LLC's motion for summary judgment.

Respectfully submitted this 21st day of February, 2011.

        /s/ Paul S. Rothstein
        Paul S. Rothstein

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February, 2011, a true and correct copy of the above and foregoing instrument was duly served on the other parties herein by electronic correspondence to:

Mr. John K. Baker
Mitchell, Williams, Selig,
Gates & Woodyard, PLLC.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201

Mr. Markham R. Leventhal
Jorden Burt LLP
777 Brickell Ave., Suite 500
Miami, Florida 33131

        /s/ Paul S. Rothstein
        Paul S. Rothstein
        Attorney for Plaintiffs
        Florida Bar No.: 310123
        626 N. E. First Street
        Gainesville, Florida 32601
        Phone: (352) 376-7650
        Fax: (352) 374-7133