**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT W. HALL                                                               PLAINTIFF

v.                                        No. 4:11CV00086 JLH

EQUITY NATIONAL LIFE
INSURANCE COMPANY, *et al*.                                DEFENDANTS

**ORDER**

      Without objection, Transamerica Life Insurance Company's motion for enlargement of time to file its reply in support of motion for summary judgment is GRANTED. Document #108. Transamerica's reply brief must be filed on or before March 11, 2011.

      IT IS SO ORDERED this 22nd day of February, 2011.

                                                            */s/ J. Leon Holmes*

                                                         J. LEON HOLMES
                                                         UNITED STATES DISTRICT JUDGE