# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT W. HALL                                                       PLAINTIFF

v.                      Case No. 4:11-cv-00086-JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                      DEFENDANTS

## DECLARATION OF PLAINTIFF ROBERT W. HALL

Pursuant to 28 U.S.C. § 1746, the undersigned, Robert W. Hall, states the following:

1. My name is Robert W. Hall. I am over 21 years of age and competent to testify to the statements set forth in this Declaration. The statements set forth in this Declaration are based upon my personal knowledge, upon my review of the supplemental cancer policy issued to me by Equity National Life Insurance Company, and upon my review of my medical records. My statements are true and correct to the best of my personal knowledge.

2. I am the Plaintiff in the above-styled action.

3. On September 17, 1994 I applied for a supplemental cancer policy with Equity National Life Insurance Company, hereinafter the Policy.

4. I have paid all the premiums on the Policy on time, and at all times that the Policy was in effect, my premiums on the Policy were current.

5. Based on my conversation with the agent who sold me the Policy, at the time that I purchased the Policy it was my understanding that in the event I had a claim under the Policy I should send the insurance company the health care provider statements, not EOBs showing what my medical insurance or Medicare had paid to the health care provider.

1

6. I believe that the actual charges for the surgery I underwent, a radical prostatectomy, were $4,166.00.

7. Regarding my claim for surgery benefits under the Policy, I believe that I am and have been entitled to at least the difference between the $1,700 shown on the Schedule of Benefits for the surgery I underwent, a radical prostatectomy, and the $1,483.58 that Life Investors paid me.

8. Regarding my claim for anesthesia benefits under the Policy, I believe that I am and have been entitled to at least $54.10 (the difference between 25% of $1,483.58, which is what I was paid, and 25% of $1,700, which is what I was owed under the Policy).

I declare under penalty of perjury that the statements set forth in paragraphs 1. - 8. are true and correct. Executed on February 23, 2011.

*Robert W. Hall* (signature)
Robert W. Hall