IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT W. HALL                                                                                           PLAINTIFF

v.                                              No. 4:11CV00086 JLH

EQUITY NATIONAL LIFE
INSURANCE COMPANY, *et al*.                                                                  DEFENDANTS

## ORDER

Plaintiff's motion for leave to file supplemental exhibits to memorandum in support of plaintiff's cross-motion for partial summary judgment and response in opposition to Transamerica Life Insurance Company's motion for summary judgment is GRANTED.  Document #115.

IT IS SO ORDERED this 10th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE