**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT W. HALL                                                                                           PLAINTIFF

v.                                             NO.  4:11CV00086 JLH

EQUITY NATIONAL LIFE
INSURANCE COMPANY, *et al.*                                                                  DEFENDANTS

**NOTICE OF HEARING**

Presently before the Court are motions for summary judgment filed by separate defendants Aegon USA, Inc., and Transamerica Life Insurance Company, and plaintiff's cross-motion for partial summary judgment.  Documents #59, #76, and #105.  The Court finds that oral argument would be beneficial in resolving these matters and hereby schedules a hearing for ***10:00 a.m. on FRIDAY, APRIL 1, 2011***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, in Little Rock, Arkansas, before the Honorable J. Leon Holmes, United States District Judge.

DATED this 10th day of March, 2011.

                                                                    AT THE DIRECTION OF THE COURT
                                                                    JAMES W. McCORMACK, CLERK

                                                                    BY: /s/ Cory Wilkins
                                                                            Courtroom Deputy