**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROBERT W. HALL                                                                            PLAINTIFF

v.                              Case No. 4:11-cv-00086-JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                                          DEFENDANTS

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL EXHIBITS TO MEMORANDUM IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO DEFENDANT TRANSAMERICA LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, Robert W. Hall ("Hall"), by and through his undersigned counsel, pursuant to this Court's Order dated March 10, 2011 (Doc. 116), and gives notice of filing 1) the Declaration of Robert W. Hall, attached hereto as Exhibit A; and 2) excerpts from the deposition of Anthony Gooch, filed in the case of *Gooch v. Life Investors*, No. 1:07-0016, Middle District of Tennessee, attached hereto as Exhibit B.  Plaintiff files Exhibit A and Exhibit B as supplemental exhibits to Plaintiffs' Memorandum in Support of Plaintiffs' Cross-Motion for Summary Judgment and Response in Opposition to Defendant Transamerica Life Insurance Company's Motion for Summary Judgment.

Respectfully submitted this 14th day of March, 2011.

                                                                /s/ Paul S. Rothstein
                                                                Paul S. Rothstein
                                                                Attorney for Plaintiff
                                                                Florida Bar No.: 310123
                                                                626 N. E. First Street
                                                                Gainesville, Florida 32601
                                                                Phone: (352) 376-7650
                                                                Fax: (352) 374-7133

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of March, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. John K. Baker
Mitchell, Williams, Selig,
Gates & Woodyard, PLLC.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201

Mr. Markham R. Leventhal
Jorden Burt LLP
777 Brickell Ave., Suite 500
Miami, Florida 33131

                                                    /s/ Paul S. Rothstein
                                                 Paul S. Rothstein