**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT W. HALL                                                                                                        PLAINTIFF

v.                                              No. 4:11CV00086 JLH

EQUITY NATIONAL LIFE
INSURANCE COMPANY, *et al*.                                                                              DEFENDANTS

## **ORDER**

Plaintiff has filed a motion for extension of time to file a reply in support of his cross-motion for partial summary judgment. For good cause shown, the motion is GRANTED. Document #126. The deadline for plaintiff to file his reply is extended up to and including March 23, 2011.

IT IS SO ORDERED this 18th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE