IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT W. HALL                                                                               PLAINTIFF

v.                                  Case No. 4:11-cv-00086-JLH

EQUITY NATIONAL LIFE
INSURANCE COMPANY, *et al.*                                                         DEFENDANTS

## ORDER

THIS CAUSE came for consideration on the Plaintiff's Motion to Seal Previously-Filed Exhibit (Doc. 130). Plaintiff seeks to seal Exhibit A of Plaintiff's Reply Memorandum In Support Of Plaintiff's Cross-Motion For Partial Summary Judgment And In Opposition To Transamerica's Motion For Summary Judgment (Doc. 129-1). Having considered the Motion and being fully advised on the premises, the Court finds that the Motion is well taken and should be granted.

Plaintiff's Motion to Seal Previously-Filed Exhibit (Doc. 130) is hereby GRANTED. The Clerk of this Court shall seal the following filed document: Exhibit A of Plaintiff's Reply Memorandum In Support Of Plaintiff's Cross-Motion For Partial Summary Judgment And In Opposition To Transamerica's Motion For Summary Judgment (Doc. 129-1).

IT IS SO ORDERED this 6th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE