IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT W. HALL                                                                                          PLAINTIFF

v.                                    Case No. 4:11-cv-00086-JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                                                        DEFENDANTS

TRANSAMERICA LIFE INSURANCE COMPANY'S MOTION TO STRIKE
THE "SUPPLEMENTAL DECLARATION OF KATHY HOLDINESS"

Defendant Transamerica Life Insurance Company ("Transamerica") hereby moves to strike the "Supplemental Declaration of Kathy Holdiness" (Docket #129-2) (the "Second Holdiness Declaration"), filed with plaintiff's reply in support of his cross-motion for partial summary judgment (Docket #129) (the "Reply") and for its motion states:

1.      As detailed fully in the supporting memorandum filed contemporaneously herewith and incorporated herein, the Second Holdiness Declaration is not only untimely, but demonstrably inaccurate, untrustworthy, irreconcilable, inadmissible under Rule 56, and improper to be relied upon by plaintiff given his non-compliance with Rule 26 and this Court's November 8, 2010 Order (Docket #58) which granted Transamerica's Motion to Compel discovery. Plaintiff's eleventh-hour filing of the previously undisclosed Second Holdiness Declaration is highly prejudicial to Transamerica and should be struck from the record.

2.      In support of this motion, Transamerica attaches the following exhibits:

Exhibit A      -      Subpoena served upon Management Services Organization ("MSO");

Exhibit B      -      August 30, 2010 cover letter from MSO's counsel to Transamerica's counsel enclosing the Holdiness Declaration and MSO's document

production in response to subpoena;

Exhibit C - September 3, 2010 correspondence from Transamerica's counsel to plaintiff's counsel enclosing the Holdiness Declaration and MSO's document production in response to subpoena;

Exhibit D - November 19, 2010 and December 7, 2010 correspondence from Transamerica's counsel to plaintiff's counsel requesting compliance with November 8, 2010 Order (Docket #58) granting Motion to Compel; and

Exhibit E - Plaintiff's Responses to Transamerica's First Requests for Production Nos. 14-15 (relevant excerpts).

WHEREFORE, pursuant to Rule 37(c)(1), Rule 56, and the Court's inherent powers, Transamerica Life Insurance Company respectfully requests that the Court strike the "Supplemental Declaration of Kathy Holdiness" (Docket #129-2), award Transamerica its reasonable attorney's fees and expenses associated with investigating and filing this motion, and grant it all other just and proper relief to which it may be entitled.

|  |  |
|---|---|
| Markham R. Leventhal, Esq.<br>Farrokh Jhabvala, Esq.<br>Julianna Thomas McCabe<br>**JORDEN BURT LLP**<br>777 Brickell Avenue, Suite 500<br>Miami, Florida  33131<br>Telephone:  (305) 371-2600<br>Facsimile:  (305) 372-9928<br>ml@jordenusa.com<br>fj@jordenusa.com<br>jt@jordenusa.com | /s/ John K. Baker<br>John K. Baker, Esq., Ark. Bar No. 97024<br>**MITCHELL, WILLIAMS, SELIG,<br> GATES & WOODYARD, P.L.L.C.**<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, Arkansas  72201<br>Telephone:  (501) 688-8800<br>Facsimile:  (501) 918-7850<br>jbaker@mwlaw.com<br><br>*Attorneys for Defendant Transamerica Life Insurance Company* |

CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gail O. Matthews, Esq.
Doralee I. Chandler, Esq.
MATTHEWS, SANDERS & SAYES
825 West Third Street
Little Rock, AR 72201

Frank H. Tomlinson, Esq.
Attorney at Law
15 North 21st Street, Suite 302
Birmingham, AL 35203

Paul S. Rothstein, Esq.
Attorney at Law
626 NE 1st Street
Gainesville, FL 32601

*Attorneys for Plaintiff*

The undersigned hereby certifies that a true and correct copy of the foregoing was served by First-Class U.S. mail upon the following on this 8th day of April, 2011:

N. Albert Bacharach, Jr., Esq.
Attorney at Law
115 NE 5th Avenue
Gainesville, FL 32601

*Attorney for Plaintiff*

/s/ John K. Baker