# Exhibit B

LAW OFFICES OF
# HAMMACK, BARRY, THAGGARD & MAY, LLP
505 CONSTITUTION AVENUE
(21ST AVENUE)
MERIDIAN, MISSISSIPPI 39301

WILLIAM C. HAMMACK
J. RICHARD BARRY
WILLIAM T. MAY
LEE THAGGARD
KACEY GUY BAILEY
ROBERT T. BAILEY

AREA CODE 601
TELEPHONE 693-2393
FAX 601-693-0226
P.O. BOX 2009
MERIDIAN, MISSISSIPPI
39302-2009

August 30, 2010

John K. Baker
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201

    RE:   *Robert W. Hall v. Equity National Life Insurance Company*, et al; Eastern District, Arkansas, Cause No. 1:09-cv-00057-JLH

Dear Mr. Baker:

I have enclosed the original Declaration of Kathy Holdiness along with the business records which were prepared by Management Services Organization and maintained by Rush Health Systems, Inc. during the time of the event in question.

Sincerely,

HAMMACK, BARRY, THAGGARD & MAY, LLP

Kacey Guy Bailey

KGB:oy/18118
Enclosures

cc:    J. Richard Barry