# Exhibit C

| | |
|---|---|
| **From:** | Mary Lawrence [Mlawrence@mwlaw.com] |
| **Sent:** | Friday, September 03, 2010 5:57 PM |
| **To:** | Doralee Chandler; Hilton Tomlinson |
| **Cc:** | McCabe, Julianna Thomas; John Baker; Debbie Weith; Steinberg, Jennifer N. |
| **Subject:** | Robert W. Hall |
| **Attachments:** | Management Services Organization - BATES.PDF |

Dear Counsel,

Mr. Baker is in trial, but he asked that I forward the attached documents to you that we received from Management Services Organization in response to a recent subpoena.  We have placed the identifying Bates stamp on each page received and the documents range from MSO-00001 to MSO-00108.

Thank you,
Mary



**Mary Lawrence** | Paralegal
T 501.370.7728 | F 501.918.7827
mlawrence@mwlaw.com | MitchellWilliamsLaw.com
425 W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

---

IRS Circular 230 Disclosure: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

Confidentiality Notice: This electronic mail transmission and any attachment may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (501) 688-8800 Little Rock, AR (479) 464-5650 Rogers, AR (512) 480-5100 Austin, TX or (212) 292-4884 New York, NY, so that our address record can be corrected.