# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT W. HALL, Individually and**     PLAINTIFF
**on behalf of all others similarly situated**

v.     NO. 1:09-CV-00057-JLH

**EQUITY NATIONAL LIFE INSURANCE**
**COMPANY, et al.**     DEFENDANTS

PLAINTIFF, ROBERT W. HALL'S RESPONSES TO
DEFENDANT, TRANSAMERICA LIFE INSURANCE COMPANY'S
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

COME NOW, the Plaintiff, Robert W. Hall, by and through the undersigned as his counsel of record, and responses to the document request heretofore propounded by Defendant, Transamerica Life Insurance Company., as follows:

Defendant's request for production specifically requests the work product of this Plaintiff. Plaintiff objects to each and every request for production propounded by Defendant on the grounds that it calls for information that partakes of the attorney/client privilege, was generated in anticipation of litigation, comprises attorney work product, comprises information protected by the self critical analysis privilege, is subject to a statutory privilege and/or is otherwise privileged information.

Moreover, Plaintiff objects to each and every request that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

In responding to Defendant's request for production, Plaintiff shall not be deemed to waive or relinquish its objections and privileges. Without waiving these objections, Plaintiff will

1

**Response**:    None.

10. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Rush Foundation Hospital from January 1, 2005 to the present.

**Response**:    None other than those bills and records provided in Plaintiff's Initial Disclosures.

11. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Medical Foundation, Inc. from January 1, 2005 to the present.

**Response**:    None other than those bills and records provided in Plaintiff's Initial Disclosures.

12. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Urology Coinic of Meridian from January 1, 2005 to the present.

**Response**:    None other than those bills and records provided in Plaintiff's Initial Disclosures.

13. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Ketcham & Dismukes from January 1, 2005 to the present.

**Response**:    None other than those bills and records provided in Plaintiff's Initial Disclosures.

14. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Dr. Stanley A. Wade, Jr. from January 1, 2005 to the present.

**Response**:    None other than those bills and records provided in Plaintiff's Initial Disclosures.

15. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Rush Foundation Hospital from January 1, 2005 to the present.

**Response**:   None other than those bills and records provided in Plaintiff's Initial Disclosures.

16. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Dr. Francis M. Phillippi from January 1, 2005 to the present.

**Response**:   None other than those bills and records provided in Plaintiff's Initial Disclosures.

17. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Dr. Kevin C. Dupke from January 1, 2005 to the present.

**Response**:   None other than those bills and records provided in Plaintiff's Initial Disclosures.

18.. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Dr. Daphne Jones from January 1, 2005 to the present.

**Response**:   None other than those bills and records provided in Plaintiff's Initial Disclosures.

19. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Dr. James d. Cady from January 1, 2005 to the present.

**Response**:   None other than those bills and records provided in Plaintiff's Initial Disclosures.

20. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Dr. Joshua E. Luke from January 1, 2005 to the present.

**Response**:   None other than those bills and records provided in Plaintiff's Initial Disclosures.

21. All correspondence and communications relating to your medical treatment for cancer, including notes of coversations or communications, with any employee, agent, or representative of Dr. Ricahrd Abney from January 1, 2005 to the present.

**Response**: None other than those provided in Plaintiff's Initial Disclosures.

35. To the extent not otherwise provided in your responses to the above Requests, all documents relating to this action or the claims or allegations in your Complaint.

**Response**: None other than those provided in Plaintiff's Initial Disclosures.

Respectfully submitted,

/s/Frank H. Tomlinson
Frank H. Tomlinson

Gail O. Matthews  
Doralee I. Chandler  
**MATTHEWS, SANDERS & SAYES**  
825 W. Third. St.  
Little Rock, AR 72201  

Frank H. Tomlinson, Attorney at Law  
15 North 21st Street, Suite 302  
Birmingham, AL 35203  
Telephone: (205) 326-6626  
Facsimile: (205) 328-2889  
Email: htomlinson@bellsouth.net  

*Attorneys for Robert W. Hall*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2010, I served a true and correct copy of the foregoing Plaintiff's Response to Defendant's First Request for Production of Documents, by First Class U.S. Mail, postage prepaid, to the following:

Markham R. Leventhal  
Farrokh Jhabvala.  
**JORDEN BURT LLP**  
777 Brickell Avenue, Suite 500  
Miami, FL 33131  

John K. Baker  
**MITCHELL, WILLIAMS, SELIG,**  
**GATES & WOODYARD, P.L.L.C.**  
425 West Capitol Avenue, Suite 1800  
Little Rock, AR 72201  

/s/Frank H. Tomlinson
Frank H. Tomlinson