**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT W. HALL                                                                                            PLAINTIFF

v.                                             NO.  4:11CV00086 JLH

EQUITY NATIONAL LIFE
INSURANCE COMPANY, *et al.*                                                                      DEFENDANTS

## NOTICE OF HEARING

The hearing on the pending motions for summary judgment filed by separate defendants Aegon USA, Inc., and Transamerica Life Insurance Company, and plaintiff's cross-motion for partial summary judgment is hereby rescheduled ***1:30 p.m. on WEDNESDAY, MAY 11, 2011***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, in Little Rock, Arkansas, before the Honorable J. Leon Holmes, United States District Judge. Documents #59, #76, and #105.

DATED this 21st day of April, 2011.

                                                                AT THE DIRECTION OF THE COURT
                                                                JAMES W. McCORMACK, CLERK

                                                                BY: /s/ Cory Wilkins
                                                                          Courtroom Deputy