IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT W. HALL                                                                           PLAINTIFF

v.                                    Case No. 4:11-cv-00086-JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                                       DEFENDANTS

**MOTION FOR LEAVE TO FILE RESPONSE TO TRANSAMERICA LIFE INSURANCE COMPANY'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT TRANSAMERICA'S MOTION FOR SUMMARY JUDGMENT AND SUBSTITUTED STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, Plaintiff Robert W. Hall ("Hall"), by and through his undersigned counsel, and moves this Court for leave to file a Response to Transamerica Life Insurance Company's Statement of Undisputed Material Facts In Support of Transamerica's Motion for Summary Judgment; and for leave to file a Substituted Statement of Facts In Support of Plaintiff's Cross-Motion for Partial Summary Judgment. In support of this motion Hall states:

1. Transamerica filed its Motion for Summary Judgment (Doc. 76), accompanied by a Local Rule 56.1 Statement of Undisputed Material Fact (Doc. 78) on December 21, 2010.

2. On February 15, 2011, Hall filed his Cross-Motion for Partial Summary Judgment, combining the memorandum in support of his Cross-Motion for Partial Summary Judgment and his response in opposition to Transamerica's Motion for Summary Judgment into a single document (Doc. 106). Hall filed a Rule 56.1 Statement of Undisputed Material Facts (Doc. 107) with his Cross-Motion for Partial Summary Judgment.

3. Local Rule 56.1(b) states: "If the non-moving party opposes the motion, it shall

file, in addition to any response and brief, a separate, short, and concise statement of the material facts *as to which it contends a genuine dispute exists to be tried*" (emphasis added).  Hall's own Statement of Undisputed Material Facts presents why summary judgment is proper against the Defendant, and therefore no "genuine dispute exists to be tried." Transamerica's "Statement of Undisputed Material Facts" contained facts that were either clearly disputed by the facts set forth in Hall's statement, not material, not factual, or some combination thereof.

3. In Hall's Statement of Undisputed Material Facts filed with his Cross-Motion for Partial Summary Judgment, Hall included a footnote to the effect that the Statement of Facts in support of his motion should also serve as a responsive 56.1(b) statement, and that all facts in Transamerica's statement inconsistent with Hall's statement were denied.  Doc. 107, fn. 1, 2.

4. Transamerica has persisted in its argument that Hall's Statement of Facts is insufficient to controvert its statement of facts.  *See* Transamerica Life Insurance Company's Reply Memorandum In Support of Its Motion For Summary Judgment and Response in Opposition to Plaintiff's Cross-Motion ("Transamerica's Response") (Doc. , pp. 4-9; Transamerica's Memorandum of Law in Support of Motion to Strike (Doc. 134), p. 9, fn. 14.

5. In order to explicitly set forth which "facts" in Transamerica's statement are controverted and/or immaterial, Hall seeks leave to file a Response to Transamerica Life Insurance Company's Statement of Undisputed Material Facts in Support of Transamerica's Motion for Summary Judgment (attached as Exhibit A).

6. In order to incorporate references to the evidence filed with Hall's Reply, and to add a reference to Hall's anesthesia benefits and charges Hall seeks leave to file a Substituted Statement of Undisputed Material Facts In Support of Plaintiff's Cross-Motion for Partial

Summary Judgment (attached as Exhibit B).  If the Court grants this Motion with regard to Exhibit B, Hall does not object to Transamerica filing a new and/or supplemented Local Rule 56.1(b) responsive statement of facts.

7.	Counsel for Plaintiff has conferred with counsel for Defendants regarding Defendants' position on this Motion.  Defendants oppose this motion.

WHEREFORE, Hall respectfully requests that this Court enter an order granting Hall leave to file the attached Response to Transamerica Life Insurance Company's Statement of Undisputed Material Facts in Support of Transamerica's Motion for Summary Judgment (Exhibit A) and the Substituted Statement of Undisputed Material Facts In Support of Plaintiff's Cross-Motion for Partial Summary Judgment (Exhibit B), and granting any other relief this Court deems just and proper.

Respectfully submitted this 22nd day of April, 2011.

		/s/ Paul S. Rothstein
		Paul S. Rothstein
		Attorney for Plaintiffs
		Florida Bar No.: 310123
		626 N. E. First Street
		Gainesville, Florida 32601
		Phone: (352) 376-7650
		Fax: (352) 374-7133
		psr@rothsteinforjustice.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of April, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. John K. Baker
Mitchell, Williams, Selig,
Gates & Woodyard, PLLC.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201

Mr. Markham R. Leventhal
Jorden Burt LLP
777 Brickell Ave., Suite 500
Miami, Florida 33131

                                                                   /s/ Paul S. Rothstein
                                                                    Paul S. Rothstein