IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT W. HALL                                                                  PLAINTIFF

v.                         Case No. 4:11-cv-00086-JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                                  DEFENDANTS

**NOTICE OF FILING DECLARATIONS IN OPPOSITION TO DEFENDANT TRANSAMERICA LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT AEGON USA, LLC'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff Robert W. Hall ("Hall"), by and through his undersigned counsel and hereby gives notice of filing the following declarations:

1.   Declaration of John A. Hartnedy (Exhibit A);

2.   Declaration of Kathy Holdiness (Exhibit B); and

3.   Amended Declaration of Plaintiff Robert W. Hall (Exhibit C).

Hall files these declarations in opposition to Defendant Transamerica Life Insurance Company's Motion for Summary Judgment and in opposition to Defendant AEGON USA, LLC's Motion for Summary Judgment pursuant to Rule 6(c)(2), Fed. R. Civ. P.

Respectfully submitted this 3rd day of May, 2011.

                                                   /s/ N. Albert Bacharach, Jr.
N. ALBERT BACHARACH, JR.
Florida Bar Number: 209783
**N. ALBERT BACHARACH, JR., P.A.**
115 Northeast 6thAvenue
Gainesville, Florida 32601
(352)378-9859 FAX (352)338-1858
N.A.Bacharach@att.net

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of May, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. John K. Baker
Mitchell, Williams, Selig,
Gates & Woodyard, PLLC.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201

Mr. Markham R. Leventhal
Jorden Burt LLP
777 Brickell Ave., Suite 500
Miami, Florida 33131

                                            /s/ N. Albert Bacharach, Jr.
                                             N. Albert Bacharach, Jr.