IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT W. HALL**                                                                                   **PLAINTIFF**

v.                                    Case No. 4:11-cv-00086-JLH

**EQUITY NATIONAL LIFE INSURANCE**
**COMPANY, et al.**                                                                                **DEFENDANTS**

TRANSAMERICA LIFE INSURANCE COMPANY'S
**AMENDED MOTION FOR LEAVE TO FILE REPLY** MEMORANDUM

Defendant Transamerica Life Insurance Company ("Transamerica") respectfully seeks leave of Court to file the attached revised memorandum in further support of its "Motion to Strike the 'Supplemental Declaration of Kathy Holdiness'" (Docket #133) (the "Motion to Strike") and supporting Memorandum of Law (Docket #134) (the "Memorandum"), and in reply to "Plaintiff's Response in Opposition to Defendant Transamerica Life Insurance Company's Motion to Strike the Supplemental Declaration of Kathy Holdiness" (Docket #137) (the "Response").[1]  As grounds for this motion, Transamerica states the following:

1.          On April 8, 2011, Transamerica filed its Motion to Strike requesting that the Court strike the Second Holdiness Declaration that plaintiff filed in support of his Reply Memorandum in Support of Plaintiff's Cross-Motion for Partial Summary Judgment and in

---

[1] This Motion amends Transamerica's Motion for Leave to File Reply Memorandum (Docket # 142) filed on May 4, 2011, and revises the proposed reply memorandum. The revised, proposed reply memorandum, attached hereto as Exhibit 1, is necessary because after business hours on May 4, 2011, Transamerica received a third Declaration of Kathy Holdiness which explains the discrepancy between her prior two declarations, confirms the inaccuracies in the second declaration, and withdraws the inconsistent statements in the second declaration.

Opposition to Transamerica's Motion for Summary Judgment (Docket #129-2). On April 22, 2011, plaintiff filed his Response.

2. Plaintiff's Response raises new arguments and new, inapposite authorities to which Transamerica has not had an opportunity to respond.

3. The proposed reply brief, attached hereto as Exhibit 1, is also important because it attaches a third declaration of Ms. Holdiness explaining the discrepancy between her prior two declarations, confirming the inaccuracies in the second declaration, and withdrawing the inconsistent statements in the second declaration. Therefore, good cause exists to allow a reply memorandum.

4. Granting leave to file the reply is consistent with due process and will provide Transamerica an opportunity to respond to arguments which have been made for the first time in plaintiff's Response.

5. No party will be prejudiced by this Court's acceptance of the reply; however, Transamerica will be prejudiced if it is not permitted to reply to the new arguments in plaintiff's Response.

WHEREFORE, for the reasons set forth herein, Transamerica respectfully requests that the Court grant this motion and permit filing of the attached reply. A copy of the proposed revised reply is attached hereto as Exhibit 1.

Respectfully submitted,

*/s/ John K. Baker*

| | |
|---|---|
| Markham R. Leventhal, Esq. | John K. Baker, Esq., Ark. Bar No. 97024 |
| Farrokh Jhabvala, Esq. | **MITCHELL, WILLIAMS, SELIG,** |
| Julianna Thomas McCabe | **GATES & WOODYARD, P.L.L.C.** |
| **JORDEN BURT LLP** | 425 West Capitol Avenue, Suite 1800 |
| 777 Brickell Avenue, Suite 500 | Little Rock, Arkansas  72201 |
| Miami, Florida  33131 | Telephone:  (501) 688-8800 |
| Telephone:  (305) 371-2600 | Facsimile:  (501) 918-7850 |
| Facsimile:  (305) 372-9928 | jbaker@mwlaw.com |
| ml@jordenusa.com | |
| fj@jordenusa.com | |
| jt@jordenusa.com | *Attorneys for Defendant Transamerica Life Insurance Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gail O. Matthews, Esq.
Doralee I. Chandler, Esq.
MATTHEWS, SANDERS & SAYES
825 West Third Street
Little Rock, AR 72201

Frank H. Tomlinson, Esq.
Attorney at Law
15 North 21st Street, Suite 302
Birmingham, AL  35203

Paul S. Rothstein, Esq.
Attorney at Law
626 NE 1st Street
Gainesville, FL 32601

*Attorneys for Plaintiff*

The undersigned hereby certifies that a true and correct copy of the foregoing was served by First-Class U.S. mail upon the following on this 5th day of May, 2011:

N. Albert Bacharach, Jr., Esq.
Attorney at Law
115 NE 5th Avenue
Gainesville, FL 32601

                                        */s/ John K. Baker*
                                        John K. Baker