IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT W. HALL**                                                                                           **PLAINTIFF**

v.                              Case No. 4:11-cv-00086-JLH

**EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.**                                                                                           **DEFENDANTS**

**TRANSAMERICA LIFE INSURANCE COMPANY'S
MOTION FOR ENLARGEMENT OF TIME TO FILE
RESPONSE TO PLAINTIFF'S RECENT MOTIONS**

Pursuant to Local Rule 7.2(b), defendant Transamerica Life Insurance Company ("Transamerica") respectfully moves this Court for an enlargement of time through and including May 25, 2011, to file a consolidated response to three related motions recently filed by the plaintiff.  In support of this Motion, Transamerica states as follows:

1.  On December 21, 2010, Transamerica filed its Motion for Summary Judgment (Docket #76) (the "Summary Judgment Motion").  Transamerica's Summary Judgment Motion has now been fully briefed since March 11, 2011, when Transamerica filed its Reply Memorandum (Docket #121).

2.  Plaintiff has recently filed three new motions (the "Recent Motions") which relate to the Summary Judgment Motion and to a Cross-Motion (Docket #105) that plaintiff filed contemporaneously with his opposition to Transamerica's Summary Judgment Motion.

3.  Plaintiff's three Recent Motions include:  (1) a Motion for Leave to file a late response to Transamerica's Statement of Undisputed Material Facts and a Substituted Statement of Undisputed Material Facts in Support of Plaintiff's Cross-Motion (Docket #138); (2) a Motion

for Leave to file a new affidavit plaintiff obtained from an electronic filing in another action pending in Kentucky (Docket #139); and (3) an Amended Motion for Leave to belatedly file various exhibits out of time (Docket #140).

4. Absent an enlargement, Transamerica's responses to plaintiff's three Recent Motions are due on May 9, May 19, and May 20, respectively. Because of the overlapping nature of the issues raised in the Recent Motions, Transamerica believes it more efficient for the Court and the litigants to file a consolidated response to plaintiff's Recent Motions. Accordingly, Transamerica requests an enlargement of time through and including May 25, 2011 to file a single, consolidated response brief to the three Recent Motions.

5. Transamerica's attorneys with primary responsibility for preparing the consolidated response have had and continue to have several overlapping and competing obligations in other state and federal actions which include extensive travel and time commitments during the briefing period, contributing to the need for the enlargement sought herein.

6. The requested enlargement will benefit the Court by avoiding duplicative filings and by allowing Transamerica adequate time to complete necessary research, analysis, and preparation of its response.

7. Counsel for Transamerica certifies that this motion is brought in good faith, not for purposes of delay, and that no party will be prejudiced by the relief requested. The requested relief will have no impact on any other deadlines.

8. Transamerica's counsel has attempted to confer with counsel for the plaintiff regarding this motion, but has been unable to reach plaintiff's counsel.

WHEREFORE, Transamerica respectfully moves the Court to grant an enlargement of

the deadline for its responses to the Recent Motions (Docket Nos. 138, 139, and 140) through and including May 25, 2011.

Respectfully submitted,

*/s/ John K. Baker*

|  |  |
|---|---|
| Markham R. Leventhal, Esq.<br>Farrokh Jhabvala, Esq.<br>Julianna Thomas McCabe<br>**JORDEN BURT LLP**<br>777 Brickell Avenue, Suite 500<br>Miami, Florida  33131<br>Telephone:  (305) 371-2600<br>Facsimile:  (305) 372-9928<br>ml@jordenusa.com<br>fj@jordenusa.com<br>jt@jordenusa.com | John K. Baker, Esq., Ark. Bar No. 97024<br>**MITCHELL, WILLIAMS, SELIG,**<br>  **GATES & WOODYARD, P.L.L.C.**<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, Arkansas  72201<br>Telephone:  (501) 688-8800<br>Facsimile:  (501) 918-7850<br>jbaker@mwlaw.com<br><br>*Attorneys for Defendant Transamerica Life Insurance Company* |

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gail O. Matthews, Esq.
Doralee I. Chandler, Esq.
MATTHEWS, SANDERS & SAYES
825 West Third Street
Little Rock, AR 72201

Frank H. Tomlinson, Esq.
Attorney at Law
15 North 21st Street, Suite 302
Birmingham, AL 35203

Paul S. Rothstein, Esq.
Attorney at Law
626 NE 1st Street
Gainesville, FL 32601

*Attorneys for Plaintiff*

The undersigned hereby certifies that a true and correct copy of the foregoing was served by First-Class U.S. mail upon the following on this 9th day of May, 2011:

N. Albert Bacharach, Jr., Esq.
Attorney at Law
115 NE 5th Avenue
Gainesville, FL 32601

*/s/ John K. Baker*
John K. Baker

4