# Exhibit B



Office   Privileged & Confidential

1/22/05 Claims Handling - DSI
Neva, Steve, Kelly, Jim, Mark, Connie, Jerry-Lox, Brenda Chancy,

- Claims pd on billed amount
- should we pay based upon what they accept (actual charges)

- issue : change of practices

- Will help us reduce rerates; therefore, premiums won't increase as quickly

← CLICO →

Do we send out a notice?
What is least painful for customer, each other

Conf Call in 2 weeks - draft document

- Do nothing ← not an option

**CONFIDENTIAL**

*Bowman/Miller/Hege/Bridgmon*
TLIC001029(Consol.)