UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT W. HALL**                                                                                          **PLAINTIFF**

v.                                    **CASE NO. 4:11cv00086 BSM**

**EQUITY NATIONAL LIFE
INSURANCE COMPANY et al.**                                                            **DEFENDANTS**

### ORDER

Plaintiff Robert W. Hall ("Hall") requests leave to file his deposition and all attached exhibits in support of his cross-motion for summary judgment and in opposition to separate defendant Transamerica Life Insurance Company's and separate defendant AEGON USA, LLC's motions for summary judgment. [Doc. No. 153]. The motion is unopposed and is granted.

Accordingly, the Clerk of the Court is directed to file Hall's deposition and all attached exhibits. Any exhibits marked as confidential by Hall are to be filed under seal.

IT IS SO ORDERED this 17th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE