**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROBERT W. HALL                                                                          PLAINTIFF

v.                                    Case No. 4:11-cv-00086-BSM

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                                      DEFENDANTS

---

**PLAINTIFF'S NOTICE OF FILING PLAINTIFF ROBERT W. HALL'S DEPOSITION AND ALL EXHIBITS IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT TRANSAMERICA LIFE INSURANCE COMPANY'S AND DEFENDANT AEGON USA, LLC'S  MOTIONS FOR SUMMARY JUDGMENT**

---

COMES NOW, Plaintiff Robert W. Hall ("Hall"), by and through his undersigned

counsel, pursuant to this Court's Order dated June 17, 2011 (Doc. 159), and gives notice of filing

Plaintiff Hall's deposition taken in this case and all attached exhibits in support of Plaintiff's

Cross-Motion for Summary Judgment and in opposition to Defendant Transamerica Life

Insurance Company's and Defendant AEGON USA, LLC's Motions for Summary Judgment.

Hall also moves this Court for an Order sealing all exhibits to Hall's deposition which are

confidential under any Protective Order.  Plaintiff Hall's deposition is attached hereto as Exhibit

A, and the thirty-one (31) exhibits to that deposition are attached hereto; exhibits 1 through 10 as

Exhibit B, exhibits 11 through 20 as Exhibit C, and exhibits 21 through 31 as Exhibit D.

Respectfully submitted this 17th day of June, 2011.

                                                  /s/ N. Albert Bacharach, Jr.
                                                  N. ALBERT BACHARACH, JR.


1

Florida Bar Number: 209783
**N. ALBERT BACHARACH, JR., P.A.**
115 Northeast 6thAvenue
Gainesville, Florida 32601
(352)378-9859 FAX (352)338-1858
N.A.Bacharach@att.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. John K. Baker
Mitchell, Williams, Selig,
Gates & Woodyard, PLLC.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201

Mr. Markham R. Leventhal
Jorden Burt LLP
777 Brickell Ave., Suite 500
Miami, Florida 33131


   /s/ N. Albert Bacharach, Jr.
    N. Albert Bacharach, Jr.