Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT W. HALL                                                                                    PLAINTIFF

v.                                   Case No. 4:11-CV-00086-BSM

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                                              DEFENDANTS

## DECLARATION OF JOHN K. BAKER

Pursuant to 28 U.S.C. § 1746, the undersigned, JOHN K. BAKER, states the following:

1. My name is John K. Baker. The statements made herein are based on my personal knowledge and review of the business records of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. I am over 21 years of age and competent to testify to the statements set forth in this Declaration.

2. I am a partner with the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. in Little Rock, Arkansas ("Mitchell Williams" or "the law firm"). Along with co-counsel of record, I represent Transamerica Life Insurance Company ("Transamerica") in this action. I submit this declaration in support of Transamerica's Response to Plaintiff's Motion to Recuse the Honorable Brian S. Miller (the "Motion to Recuse").

3. I have researched my law firm records to identify instances of professional involvement between myself and Judge Brian S. Miller as a legal practitioner, prior to his appointment as a United States District Court Judge for the Eastern District of Arkansas.

4. The law firm's records reflect that I and other attorneys at Mitchell Williams served as counsel for one group of defendants while Judge Brian S. Miller served as counsel for another defendant or group of defendants in four cases that were filed between 2002 and 2004:

> *Barnes et al. v. The Reliable Life Insurance Company, Inc. et al.*; Circuit Court of Lee County, Arkansas, Case No. CV-2002-136.
>
> *Roseburrow et al. v. The Reliable Life Insurance Company, Inc. et al.*; Circuit Court of Lee County, Arkansas, Case No. CV-2003-75.
>
> *Arnold et al. v. The Reliable Life Insurance Company, Inc. et al.*; Circuit Court of Lee County, Arkansas, Case No. CV-2004-73.
>
> *Caffy et al. v. The Reliable Life Insurance Company, Inc. et al.*; Circuit Court of Lee County, Arkansas, Case No. CV-2004-159.

These four cases (the "Lee County actions") involved separate defendants who shared common defenses. Two of my partners and I worked with Judge Miller and his co-counsel in the coordination of a joint defense in the Lee County actions. Even the most recent of the four Lee County actions was filed more than seven years ago.

5. Neither the plaintiff nor the defendants in the present case were named as parties or otherwise involved in the Lee County actions. The Lee County actions concluded by July of 2005.

6. My review of my historical clients and cases revealed only one instance where Judge Brian S. Miller and I represented the same client. That matter was a regulatory engagement, which began in March of 2006 and did not involve litigation. Judge Miller's involvement in the matter concluded by May of 2006.

7. I have no recollection of having referred any cases or clients to Judge Brian S. Miller while his honor was in private practice, and I do not believe that I did so.

8. My partner, R.T. Beard, III, confirmed to me that he, too, has no memory of referring any cases or clients to Judge Brian S. Miller, and he does not believe that he did so.

9. Mr. Beard confirmed to me that he does recall working with Judge Brian S. Miller in jointly defending a medical malpractice case in Helena, Arkansas over 10 years ago and in jointly defending a medical malpractice case in Marianna, Arkansas approximately 10 years ago.

10. On June 29, 2011, I sent a letter to counsel for plaintiff in the above-captioned case disclosing the extent of my and Mr. Beard's professional involvement with Judge Brian S. Miller while his honor was in private practice. A copy of the letter is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2011.

_____
JOHN K. BAKER

# MITCHELL | WILLIAMS

John K. Baker
Direct Dial: 501-688-8850
Fax: 501-918-7850
E-mail: jbaker@mwlaw.com

425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas  72201-3525
Telephone: 501-688-8800
Fax: 501-688-8807

June 29, 2011

Gail O. Matthews, Esq.
Doralee I. Chandler, Esq.
MATTHEWS, SANDERS & SAYES
825 West Third Street
Little Rock, AR 72201

Frank H. Tomlinson, Esq.
Attorney at Law
15 North 21st Street, Suite 302
Birmingham, AL 35203

Paul S. Rothstein, Esq.
Attorney at Law
626 NE 1st Street
Gainesville, FL 32601

N. Albert Bacharach, Jr., Esq.
Attorney at Law
115 NE 5th Avenue
Gainesville, FL 32601

Re:  *Hall v. Equity National Life Insurance Company, et al.*
     Case No. 1:09-CV-00057 BSM (E.D. Ark.)

Dear Counsel:

In follow-up to the matters raised by Judge Miller at last Friday's hearing, as you know, it is our position that there are no grounds for recusal in this action. To this point, I am writing to disclose to you the instances in which I had private practice involvement with Judge Miller, prior to his taking the federal bench. In the following cases, this law firm and specifically I and two of my partners, served as counsel for one group of defendants, while Judge Miller served as counsel for another defendant or group of defendants:

*Barnes et al. v. The Reliable Life Insurance Company, Inc. et al.;*
Circuit Court of Lee County, Arkansas, Case No. CV-2002-136.

*Roseburrow et al. v. The Reliable Life Insurance Company, Inc. et al.;*
Circuit Court of Lee County, Arkansas, Case No. CV-2003-75

*Arnold et al. v. The Reliable Life Insurance Company, Inc. et al.;*
Circuit Court of Lee County, Arkansas, Case No. CV-2004-73

*Caffey et al. v. The Reliable Life Insurance Company, Inc. et al.;*
Circuit Court of Lee County, Arkansas, Case No. CV-2004-159



EXHIBIT A

June 29, 2011
Page 2

These four (4) cases involved defendants who, though separate, shared common defenses, and thus I worked with Brian Miller and his co-counsel in the coordination of a joint defense. As you can see, even the most recent cases were filed more than seven years ago.

The review of my historical clients and cases that I conducted in preparation of this letter revealed only one instance where Brian Miller and I represented the same client in a regulatory engagement. This engagement began in March of 2006, did not involve litigation, and Mr. Miller's involvement in the matter concluded by May of 2006.

In terms of case referrals to Brian Miller, I have no memory of having referred any cases or clients to him while he was in private practice, and I do not believe that I did so. As for my partner, R.T. Beard, III, he has confirmed to me that he, too, has no memory of referring any cases or clients to Brian Miller while he was in private practice and he does not believe that he did so. Mr. Beard does recall working with Brian Miller in jointly defending a medical malpractice case in Helena, Arkansas over 10 years ago and in jointly defending a medical malpractice case in Marianna, Arkansas approximately 10 years ago.

I served voluntarily on Judge Miller's investiture committee which was comprised of approximately 15 practitioners and judges in Arkansas. Neither I nor any attorney with my firm appears on Judge Miller's recusal list which is on file in the U.S. District Clerk's Office.

Should you have any questions or concerns, I may be reached at the number above.

Cordially,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.

By John K. Baker

JKB/dw
cc:   Markham R. Leventhal
      Julianna Thomas McCabe