# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT W. HALL**                                                                                      PLAINTIFF

v.                                    Case No. 4:11-cv-00086-JLH

**EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.**                                                                                    DEFENDANTS

## DECLARATION OF IRMA REBOSO SOLARES

Pursuant to 28 U.S.C. § 1746, the undersigned, IRMA REBOSO SOLARES, states the following:

1. My name is Irma Reboso Solares. I am a partner with Jorden Burt LLP and a member of The Florida Bar. The statements made herein are based on my personal knowledge. I am over 21 years of age and competent to testify to the statements set forth in this Declaration. I submit this Declaration in support of defendant Transamerica Life Insurance Company's Response in opposition to plaintiff's Motion for Leave to File Amended Complaint in this case.

2. I have been involved in the representation of Transamerica Life Insurance Company ("Transamerica") and its affiliates in litigation over the "actual charges" provisions of Transamerica's supplemental cancer insurance policies since 2008. My involvement has largely been in connection with discovery and document production in these cases (the "Actual Charges Cases"). I am familiar with Transamerica's document production in all of the Actual Charges Cases.

3. I have reviewed plaintiff's Motion for Leave to File Amended Complaint in this case (the "Motion"), including Exhibits A-M. The Motion attaches as exhibits a court order

from another case (Exhibit A), several hearing transcripts from the Circuit Court proceedings in the *Runyan* action (Exhibits B-D), a Declaration filed in another case (Exhibit K), and various documents produced in other litigation (the "Documents") (Exhibits E-J, and L-M). Plaintiff's Motion inaccurately describes these documents "recently-discovered evidence."

4. I have reviewed the litigation records of Transamerica's document production in the Actual Charges Cases. All of the Documents appended to plaintiff's Motion have been previously produced in more than one of the Actual Charges Cases, in some instances as early as November 2008.

5. For example, the Document attached as Exhibit E to the Motion has been previously produced in eight cases, including *Pipes v. Life Investors Insurance Co. of America*, Case No. 1:07-cv-00035-SWW (E.D. Ark.) (the "*Pipes*" case). Class Counsel in the Class Action Settlement approved by the court in *Runyan v. Transamerica Life Insurance Co.*, Case No. CV-09-2066-3 (Pulaski County, Ark.) were also counsel of record in the *Pipes* case. Class Counsel sought and obtained seven of the nine Documents appended to plaintiff's Motion in discovery in *Pipes*. Only Exhibits L and N were not produced in the *Pipes* case. Those documents were withdrawn from Transamerica's privilege log in two instances in other actions, pursuant to individualized, good faith negotiations with plaintiff's counsel in those cases.

6. None of the Documents were produced in this action because the plaintiff in this action served no written discovery requests seeking the production of any documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2011.

_____
IRMA REBOSO SOLARES

196847

2