UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT W. HALL, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED          CASE NO. 4:11-cv-86-BSM

vs.

LIFE INVESTORS INSURANCE COMPANY
OF AMERICA n/k/a TRANSAMERICA LIFE
INSURANCE COMPANY; EQUITY NATIONAL
LIFE INSURANCE COMPANY; and
AEGON USA, INC.
_____/
_____

**PLAINTIFF'S SUBSTITUTED MOTION FOR LEAVE TO FILE
REVISED AMENDED COMPLAINT WITH CLASS ACTION ALLEGATIONS**
_____

COMES NOW, Plaintiff Robert W. Hall (HALL), by and through his undersigned counsel, and moves this Court for leave to file the attached Revised Amended Class Action Complaint (attached as Exhibit A). In support of this Motion HALL states:

1.   On December 21, 2009, final approval was granted to a nationwide class action settlement in the case of *Runyan v. Transamerica Life Insurance Company*, Case No. CV-09-2066-3 (Ark. Circuit Ct., Pulaski County). HALL timely opted out of the *Runyan* settlement. Upon information and belief, over 1,000 other *Runyan* class members opted out of the *Runyan* settlement.

2.   In the attached Revised Amended Class Action Complaint, HALL seeks to represent a class composed of all persons who opted out of the *Runyan* settlement and who otherwise meet the class definition in the attached Revised Amended Class Action Complaint.

1

3. HALL's original Complaint (Doc. 1) included class action allegations on behalf of a national class. Before Hall filed a motion for class certification, Defendants moved on April 13, 2010 to deny class certification and to strike the class action allegations (Doc. 24). Defendants argued that Hall's class claims were barred by the Full Faith and Credit Act, *res judicata*, and collateral estoppel because of the class action settlement reached in the *Runyan* action, which addressed the same claims and included the same defendants as this case. *See generally*, Motion to Deny Class Certification (Doc. 24). Hall filed a response in opposition to Defendants' Motion to Deny Class Certification on May 27, 2010 (Doc. 35), and Defendants filed a reply in support on June 11, 2010 (Doc. 36). This Court granted Defendants' Motion by Order dated July 9, 2010, finding that the *Runyan* final order precluded Hall's class claims. (Doc. 40).

4. The *Runyan* final order is not binding on anyone, such as Plaintiff HALL, who timely opted out of the *Runyan* class. HALL now seeks to represent a class composed of all of those class members who opted out of the *Runyan* settlement.

5. In the attached Revised Amended Class Action Complaint HALL's class claims regarding the opt-out class are not barred by the Full Faith and Credit Act, *res judicata*, or collateral estoppel as the *Runyan* final order has no effect on the putative opt-out class' claims; and, HALL should be permitted to file his revised amended complaint wherein he is seeking to represent a class of *Runyan* opt-outs.

6. Hall hereby substitutes his Substituted Motion for Leave to File Revised Amended Complaint with Class Action Allegations for Plaintiff's Motion For Leave to File Amended Complaint with Class Action Allegations (Doc. 154); and, Hall hereby withdraws

Plaintiff's Memorandum in Support of Motion for Leave to File Amended Complaint With Class Action Allegations (Doc. 155).

WHEREFORE, based on the foregoing, Hall respectfully requests that this Court enter an Order allowing Hall to file the attached Revised Amended Class Action Complaint, and granting all other relief that this Court deems just and proper.

Respectfully submitted this 27th day of July, 2011.

    /s/ N. Albert Bacharach, Jr.
N. ALBERT BACHARACH, JR.
Florida Bar Number: 209783
**N. ALBERT BACHARACH, JR., P.A.**
115 Northeast 6thAvenue
Gainesville, Florida 32601
(352)378-9859 FAX (352)338-1858
N.A.Bacharach@att.net

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. John K. Baker
Mitchell, Williams, Selig,
Gates & Woodyard, PLLC.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201

Mr. Markham R. Leventhal
Jorden Burt LLP
777 Brickell Ave., Suite 500
Miami, Florida 33131

    /s/ N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.