# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ROBERT W. HALL**                                                                           **PLAINTIFF**

v.                               Case No. 4:11-cv-00086-BSM

**EQUITY NATIONAL LIFE INSURANCE**
**COMPANY, et al.**                                                 **DEFENDANTS**

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7.2(b), defendants Transamerica Life Insurance Company and AEGON USA, LLC respectfully move this Court for a 14 day enlargement of time through and including August 29, 2011, in which to file a response to plaintiff's Substituted Motion for Leave to File Revised Amended Complaint With Class Action Allegations (Docket #173) (the "Substituted Motion"). In support of this motion, movants state as follows:

1. The deadline for responding to the Substituted Motion has not expired.

2. The response to the Substituted Motion prepared to-date by the movants was not based upon the Amended Final Scheduling Order which was entered for the first time on August 10, 2011.

3. The ruling announced by the Court at the August 12, 2011 morning teleconference concerning the Amended Final Scheduling Order materially alters the issues and arguments movants must analyze and include in their response to the Substituted Motion.

4. Movants' counsel with primary responsibility for preparing the response to the Substituted Motion has several overlapping and competing obligations in other federal courts in the next 10 days which include travel and substantial time commitments.

5. The Substituted Motion has required and will continue to require a substantial effort and time commitment in order to prepare and complete a response brief for which movants respectfully request an enlargement of 14 days through and including August 29, 2011.

6. Counsel for movants certifies that the enlargement of time requested herein is reasonable in light of today's developments in the action, is sought in good faith, and is not interposed for delay or any other improper purpose. The requested extension will not prejudice any party and will have no impact on any other deadlines.

7. Granting the enlargement of time will benefit the Court and further the interests of justice by allowing movants adequate time to complete the necessary research, analysis, and preparation of their response brief.

8. Counsel for movants has communicated in writing with plaintiff's counsel about the relief sought in this motion and any opposition thereto by him, but has yet to receive a response to said written communication.

WHEREFORE, Transamerica Life Insurance Company and AEGON USA, LLC respectfully request that the Court enter an Order allowing them until August 29, 2011 in which to file a response to plaintiff's Substituted Motion for Leave to File Revised Amended Complaint With Class Action Allegations.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Markham R. Leventhal, Esq. | /s/ *John K. Baker* |
| Farrokh Jhabvala, Esq. | John K. Baker, Esq., Ark. Bar No. 97024 |
| Julianna Thomas McCabe | **MITCHELL, WILLIAMS, SELIG,** |
| **JORDEN BURT LLP** | **GATES & WOODYARD, P.L.L.C.** |
| 777 Brickell Avenue, Suite 500 | 425 West Capitol Avenue, Suite 1800 |
| Miami, Florida 33131 | Little Rock, Arkansas 72201 |
| Telephone: (305) 371-2600 | Telephone: (501) 688-8800 |
| Facsimile: (305) 372-9928 | Facsimile: (501) 918-7850 |
| ml@jordenusa.com | jbaker@mwlaw.com |
| fj@jordenusa.com |  |
| jt@jordenusa.com | *Attorneys for Defendants* |

CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| Gail O. Matthews, Esq. | Frank H. Tomlinson, Esq. |
| Doralee I. Chandler, Esq. | Attorney at Law |
| MATTHEWS, SANDERS & SAYES | 15 North 21st Street, Suite 302 |
| 825 West Third Street | Birmingham, AL 35203 |
| Little Rock, AR 72201 | |
| | |
| Paul S. Rothstein, Esq. | N. Albert Bacharach, Jr., Esq. |
| Attorney at Law | Attorney at Law |
| 626 NE 1st Street | 115 NE 5th Avenue |
| Gainesville, FL 32601 | Gainesville, FL 32601 |

                                                                                                                         /s/ *John K. Baker*