IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT W. HALL**                                                                                      **PLAINTIFF**

v.                                    Case No. 4:11-CV-00086-BSM

**EQUITY NATIONAL LIFE INSURANCE**
**COMPANY, et al.**                                                                                  **DEFENDANTS**

**DEFENDANTS' NOTICE OF WITHDRAWAL**
**OF MOTION FOR ENLARGEMENT OF TIME**

Defendants AEGON USA, LLC and Transamerica Life Insurance Company (collectively "Defendants") hereby give notice of withdrawal of their Motion for Enlargement of Time, filed August 12, 2011 (Docket #178) (the "Motion"). In support of this notice, Defendants state the following:

1. On Friday, August 12, 2011, Defendants filed their Motion which sought an enlargement of time in which to file a response to plaintiff's Substituted Motion for Leave to File Revised Amended Complaint with Class Action Allegations (Docket #173) (the "Substituted Motion"). Defendants' response to the Substituted Motion was due on Monday, August 15, 2011.

2. Defendants' counsel devoted significant resources over the weekend to preparing a response to the Substituted Motion and was able to finish the response and file it on August 15, 2011.

3. Accordingly, Defendants no longer require an enlargement of time and therefore withdraw their Motion as moot.

-2-

WHEREFORE, Defendants respectfully give notice of withdrawal of their Motion for Enlargement of Time.

Dated: August 15, 2011.

Respectfully submitted,

/s/ Markham R. Leventhal

| | |
|---|---|
| John K. Baker, Esq., Ark. Bar No. 97024 | Markham R. Leventhal, Esq. |
| **MITCHELL, WILLIAMS, SELIG,** | Farrokh Jhabvala, Esq. |
| **GATES & WOODYARD, P.L.L.C.** | Julianna Thomas McCabe |
| 425 West Capitol Avenue, Suite 1800 | **JORDEN BURT LLP** |
| Little Rock, Arkansas  72201 | 777 Brickell Avenue, Suite 500 |
| Telephone:  (501) 688-8800 | Miami, Florida  33131 |
| Facsimile:  (501) 918-7850 | Telephone:  (305) 371-2600 |
| jbaker@mwlaw.com | Facsimile:  (305) 372-9928 |
| | ml@jordenusa.com |
| | fj@jordenusa.com |
| | jt@jordenusa.com |

*Attorneys for Defendants AEGON USA, LLC and Transamerica Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

N. Albert Bacharach, Jr., Esq.
Attorney at Law
115 NE 5th Avenue
Gainesville, FL 32601

Gail O. Matthews, Esq.
Doralee I. Chandler, Esq.
MATTHEWS, SANDERS & SAYES
825 West Third Street
Little Rock, AR 72201

Frank H. Tomlinson, Esq.
Attorney at Law
15 North 21st Street, Suite 302
Birmingham, AL  35203

Paul S. Rothstein, Esq.
Attorney at Law
626 NE 1st Street
Gainesville, FL 32601

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　/s/ Markham R. Leventhal

197360