**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT W. HALL                                           PLAINTIFF

v.                          Case No. 4:11-cv-00086-BSM

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                          DEFENDANTS

---

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE
RESPONSE TO TRANSAMERICA LIFE INSURANCE COMPANY'S STATEMENT OF
UNDISPUTED MATERIAL FACTS IN SUPPORT OF TRANSAMERICA'S MOTION
FOR SUMMARY JUDGMENT AND SUBSTITUTED STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL
SUMMARY JUDGMENT**

---

COMES NOW, Plaintiff Robert W. Hall ("Hall"), by and through his undersigned

counsel and gives notice that Hall hereby withdraws his "Motion For Leave To File Response To

Transamerica Life Insurance Company's Statement Of Undisputed Material Facts In Support Of

Transamerica's Motion For Summary Judgment And Substituted Statement Of Undisputed

Material Facts In Support Of Plaintiff's Cross-Motion For Partial Summary Judgment" (Doc.

138).

Respectfully submitted this 12th day of September, 2011.

          /s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Plaintiff
Florida Bar No.: 310123
626 N. E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133

1

psr@rothsteinforjustice.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. John K. Baker
Mitchell, Williams, Selig,
Gates & Woodyard, PLLC.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201

Mr. Markham R. Leventhal
Jorden Burt LLP
777 Brickell Ave., Suite 500
Miami, Florida 33131

_____/s/ Paul S. Rothstein_____
Paul S. Rothstein

2