IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT W. HALL**                                                                              **PLAINTIFF**

v.                                          **CASE NO. 4:11-CV-00086 BSM**

**EQUITY NATIONAL LIFE INSURANCE,**
Merged into Life Investors Insurance Company
of America n/k/a Transamerica Life Insurance
Company; **LIFE INVESTORS INSURANCE**
**COMPANY OF AMERICA,** a/k/a Transamerica
Life Insurance Company; and **AEGON USA, INC.,**
Parent Company of Life Investors Insurance Company
of America n/k/a Transamerica Life Insurance Company            **DEFENDANT**

## ORDER

Hall's motion for leave to file a response to Equity National Life Insurance Company's ("Equity") statement of undisputed facts [Doc. No. 138] in support of Equity's motion for summary judgment [Doc. No. 76] and to file a substituted statement of undisputed facts in support of Hall's cross-motion for partial summary judgment [Doc. No. 106] is denied. Local Rule 56.1(b) requires that "[i]f the non-moving party opposes the motion, it shall file, in addition to any response and brief, a separate, short and concise statement of the material facts as to which it contends a genuine dispute exists to be tried."

IT IS SO ORDERED this 13th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE