# Exhibit B

# JORDEN BURT

777 BRICKELL AVENUE
SUITE 500
MIAMI, FL 33131-2803
(305) 371-2600
FAX: (305) 372-9928

MARKHAM R. LEVENTHAL
(305) 347-6905
ml@jordenusa.com

1025 THOMAS JEFFERSON STREET, N.W.
SUITE 400 EAST
WASHINGTON, D.C. 20007-5208
(202) 965-8100
FAX: (202) 965-8104

175 POWDER FOREST DRIVE
SUITE 301
SIMSBURY, CT 06089-9658
(860) 392-5000
FAX: (860) 392-5058

September 26, 2011

VIA EMAIL AND U.S. MAIL

Paul S. Rothstein, Esq.
Attorney at Law
626 N.E. First Street
Gainesville, Florida 32601

Frank H. Tomlinson, Esq.
Attorney at Law
15 North 21st Street, Suite 302
Birmingham, Alabama 35203

N. Albert Bacharach, Jr., Esq.
Attorney at Law
115 N.E. 6th Avenue
Gainesville, Florida 32601

    Re:    *Hall v. Equity National Life Insurance Co., et al.*
              Case No. 1:09-CV-00057-BSM (E.D. Ark.)

Gentlemen:

As you know, this firm, along with the Mitchell Williams law firm, represents Transamerica Life Insurance Company ("Transamerica") in the *Hall* case. We are in receipt of a "Notice of Deposition Duces Tecum" and a subpoena for the deposition of John A. Hartnedy that Mr. Rothstein served on September 7, 2011, and a "First Amended Notice and/or Cross-Notice of Taking Deposition Duces Tecum" and subpoena served on September 8, 2011. These notices and subpoenas attempt to schedule Mr. Hartnedy for a deposition in the *Hall* case on October 5, 2011.

As Mr. Rothstein is well aware, Transamerica previously noticed the deposition of Mr. Hartnedy on October 5, 2011 in the *Moore* case pending in the Eastern District of Kentucky in which Mr. Hartnedy was identified as one of the Moores' experts.[1] We expect this deposition to take the full seven hours allowed by the federal rules. Mr. Hall is not a party to the *Moore* case, and we do not consent to any attempt to take Mr. Hartnedy's deposition twice on the same day in two different cases. In addition, Mr. Hartnedy will be subject to a confidentiality order in

---

[1] *Transamerica Life Ins. Co. v. Moore*, Case No. 3:10-cv-00014-DCR (E.D. Ky.).

# JORDENBURT

Paul S. Rothstein, Esq.
N. Albert Bacharach, Jr., Esq.
Frank H. Tomlinson, Esq.
September 26, 2011
Page 2

*Moore*. Given the conflict, it will not be possible for Mr. Hartnedy to be deposed in the *Hall* case on October 5, 2011.

In addition, you should be aware that your service of the subpoenas without prior notice violated Rule 45(b)(1), which provides that, if "a subpoena commands the production of documents . . . , then *before it is served,* a notice must be served on each party" (emphasis added). Mr. Rothstein unilaterally served the deposition notice and subpoenas without prior notice and without discussing dates with Transamerica or Mr. Hartnedy's counsel. In addition, Mr. Rothstein had no authority to schedule a deposition at the Fowler White law firm in Jacksonville.

In sum, if you wish to depose Mr. Hartnedy in the *Hall* case, please provide us and Mr. Hartnedy's counsel with available dates so that we can schedule a mutually convenient date for a separate deposition in *Hall*.

Also, please confirm that you have withdrawn the subpoena and notice of deposition, so that we are not unnecessarily forced to seek court intervention.

Thank you for your attention to this matter.

Very truly yours,

MARKHAM R. LEVENTHAL

cc (*via email and U.S. mail*):
    Doralee I. Chandler, Esq.
    John K. Baker, Esq.
    Richard T. Donovan, Esq.

198081