# Exhibit C

**From:** John Baker
**Sent:** Wednesday, September 28, 2011 4:39 PM
**To:** 'Hilton Tomlinson'
**Cc:** 'Doralee Chandler'
**Subject:** Hall v. Equity National Life Ins., Case No. 1:09-cv-00057-BSM (E.D.Ark.)

Thanks, Hilton.

We will consider your notices and subpoena related to taking Mr. Hartnedy's deposition on October 5 withdrawn, and we look forward to receiving new proposed deposition dates from you in the coming days.

**MITCHELL WILLIAMS**

**John Keeling Baker**
W 501.688.8850 | C 501.940.8850 | F 501.918.7850 | H 501.663.8494
jbaker@mwlaw.com | MitchellWilliamsLaw.com
425 W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

---

**From:** Hilton Tomlinson [mailto:htomlinson@bellsouth.net]
**Sent:** Wednesday, September 28, 2011 4:08 PM
**To:** John Baker
**Cc:** 'Doralee Chandler'
**Subject:** Re: Hall v. Equity National Life Ins., Case No. 1:09-cv-00057-BSM (E.D.Ark.)

John:

We will not be in attendance next Wednesday.

Thanks.

On 9/28/2011 1:29 PM, John Baker wrote:
Hilton:

In follow-up to the attached letter, please shoot me some available dates for Mr. Hartnedy's deposition to be taken in the Hall case.  I will send them on to Rick Donovan, Mr. Hartnedy's attorney, and communicate back to you dates that are workable for all concerned.

Please also confirm that we can consider withdrawn your notices and subpoena related to taking Mr. Hartnedy's deposition on October 5.

Thanks.

**MITCHELL WILLIAMS**

**John Keeling Baker**
W 501.688.8850 | C 501.940.8850 | F 501.918.7850 | H 501.663.8494
jbaker@mwlaw.com | MitchellWilliamsLaw.com
425 W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

IRS Circular 230 Disclosure: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

Confidentiality Notice: This electronic mail transmission and any attachment may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (501) 688-8800 Little Rock, AR (479) 464-5650 Rogers, AR (512) 480-5100 Austin, TX (212) 292-4884 New York, NY or (202) 220-3061 Washington, D.C., so that our address record can be corrected.

```
--
Hilton Tomlinson
Attorney at Law
15 North 21st Street
Suite 302
Birmingham, AL 35203
Phone  (205) 326-6626
Fax    (205) 328-2889
htomlinson@bellsouth.net

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended sol
```

IRS Circular 230 Disclosure: Any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any tax-related matters addressed herein.

Confidentiality Notice: This electronic mail transmission and any attachment may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (501) 688-8800 Little Rock, AR (479) 464-5650 Rogers, AR (512) 480-5100 Austin, TX (212) 292-4884 New York, NY or (202) 220-3061 Washington, D.C., so that our address record can be corrected.